# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UMESH HEENDENIYA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 5:15-CV-01238-GTS-TWD |
| | ) | |
| ST. JOSEPH'S HOSPITAL HEALTH CENTER; | ) | Honorable Glenn T. Suddaby |
| ROGER GARY LEVINE, MD; LISA MARIE | ) | (Chief U.S. District Judge) |
| O'CONNOR, MD; GEORGE O. TREMITI, MD; | ) | |
| HORATIUS ROMAN, MD; JOANNE MARY | ) | Honorable Therese Wiley Dancks |
| FRENCH, RN; WENDY BRISCOE, RN; SUSAN | ) | (U.S. Magistrate Judge) |
| LYNN CATE, LMFT; ROSALINE SPINELLA, RN; | ) | |
| ROBERT MICHAEL CONSTANTINE, MD; | ) | |
| MITCHELL BRUCE FELDMAN, MD; CYNTHIA A. | ) | |
| RYBAK, NP; KATHRYN HOWE RUSCITTO, | ) | |
| PRESIDENT and CEO; LOWELL A. SEIFTER, JD, | ) | |
| SENIOR VP and GENERAL COUNSEL; MEREDITH | ) | |
| PRICE, VP of FINANCIAL SERVICES and CFO; | ) | |
| DEBORAH WELCH, VP; GAEL GILBERT, RN, MBA, | ) | |
| DIRECTOR; SJHHC DOES 1-5 INCLUSIVE; | ) | |
| Defendants. | ) | |

### PLAINTIFF'S SECOND NOTICE OF APPEAL
### Disability Accommodation from the Court Requested

The *Pro se,* mentally and physically disabled Plaintiff hereby moves the Court to take notice that**:**

## I.   REASON FOR NAMING THIS FILING AS THE "SECOND" NOTICE OF APPEAL.

**1.** On Oct. 25, 2018, the District Court entered Judgment in this case.

**2.** Thus, *per* Fed. R. App. P. 4(a)(1)(A) and 28 USC §2107, a Notice of Appeal must be filed within 30 days of the entry of the judgment (i.e., from the date Dkt. No. 174 was entered on the docket, which was Oct. 25, 2018).

**3.** Thirty days from Oct. 25, 2018 falls on Saturday, November 24, 2018. Hence, in actuality, Plaintiff Heendeniya had until Monday, Nov. 26, 2018, to file his First Notice of Appeal.

**4.** Heendeniya filed his First Notice of Appeal on Sunday, Nov. 25, 2018.

**5.** Meanwhile, on Nov. 24, 2018, Heendeniya had filed a motion under Fed. Civ. P. 59 and

Fed. R. Civ. P. 60(b)(6) requesting relief from the District Court. *See*, Dkt. Nos. 176-183.

6. On Feb. 28, 2019, the District Court entered an order denying Heendeniya the requested relief.

7. Because Heendeniya is proceeding *Pro se*, and thus because he has no law partner, senior associate, or an experienced attorney-colleague to get legal advice or guidance from, to be on the safe side, Heendeniya files this Second Notice of Appeal.

## II.   NOTICE OF APPEAL.

8. **NOTICE OF APPEAL** is hereby given on Monday, March 25, 2019, in the above entitled case that Plaintiff Umesh Heendeniya, hereby appeals to the United States Court of Appeals for The Second Circuit, the errors of the following order(s), decree(s), or judgment:

a) The order entered on Feb. 25, 2016 (Dkt. No. 20).

b) The order entered on Oct. 11, 2016 (Dkt. No. 74).

c) The order entered on Oct. 28, 2016 (Dkt. No. 84).

d) The order entered on Jan. 24, 2017 (Dkt. No. 117).

e) The order entered on March 14, 2017 (Dkt. No. 118).

f) The order entered on June 19, 2018 (Dkt. No. 172).

g) The order entered on Oct. 25, 2018 (Dkt. No. 173).

h) The judgment entered on Oct. 25, 2018 (Dkt. No. 174).

i) The order entered on Feb. 28, 2019 (Dkt. No. 194).

Respectfully submitted,
*Pro se*, mentally and physically disabled Plaintiff,

/s/ Umesh Heendeniya
Umesh Heendeniya
P. O. Box 5104
Spring Hill, FL-34611
(508)-630-6757
heendeniyavsjosephshospitalny@gmail.com

Dated: March 25, 2019.

**U.S. District Court**
**Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF**
**Release 1.2 (Revision 1.2)] (Syracuse)**
**CIVIL DOCKET FOR CASE #: 5:15–cv–01238–GTS–TWD**
*Internal Use Only*


Heendeniya v. St. Joseph's Hospital Health Center et al
Assigned to: Chief Judge Glenn T. Suddaby
Referred to: Magistrate Judge Therese Wiley Dancks
Cause: 28:1331 Fed. Question

Date Filed: 10/19/2015
Date Terminated: 10/25/2018
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med.
Malpractice
Jurisdiction: Federal Question

**Plaintiff**

**Umesh Heendeniya**                     represented by   **Umesh Heendeniya**
P.O. Box 5104
Spring Hill, FL 34611
508–263–0145
Email:
heendeniyavsjosephshospitalny@gmail.com
PRO SE


V.

**Defendant**

**St. Joseph's Hospital Health Center**    represented by   **Robert J. Smith**
Costello, Cooney Law Firm – Syracuse
Office
500 Plum Street – Suite 300
Syracuse, NY 13204
315–422–1152
Fax: 315–422–1139
Email: rjs@ccf–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Jennifer L. Wang**
Costello, Cooney Law Firm – Syracuse
Office
500 Plum Street – Suite 300
Syracuse, NY 13204
315–422–1152
Fax: 315–422–1139
Email: jlw@ccf–law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Roger Gary Levine**                     represented by   **Kevin E. Hulslander**
*MD*                                       Smith, Sovik, Kendrick & Sugnet, P.C. –
Syracuse Office
250 South Clinton Street, Suite 600
Syracuse, NY 13202–1252
315–474–2911
Fax: 315–474–6015
Email: khulslander@smithsovik.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**John P. Coghlan**
Goldberg, Segalla Law Firm – Syracuse
Office
5786 Widewaters Parkway
Syracuse, NY 13214
315–413–5465
Email: jcoghlan@goldbergsegalla.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Joseph M Betar**
Newman & Lickstein
109 South Warren Street, Suite 404
Syracuse, NY 13202
315–474–1172
Email: jbetar@newmanlickstein.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2018*

**Matthew P. Germain**
Smith, Sovik, Kendrick & Sugnet, P.C. –
Syracuse Office
250 South Clinton Street, Suite 600
Syracuse, NY 13202–1252
315–474–2911
Fax: 315–474–6015
Email: mgermain@smithsovik.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

| | | |
|---|---|---|
| **Lisa Marie O'Connor**<br>*MD* | represented by | **Brian M. Gargano** |

Nguyen & Chen
11200 Westheimer Road
Ste 120
Houston, TX 77042
832–767–0339
Email: bgargano@mgbmclaw.com
***TERMINATED: 06/09/2017***
*LEAD ATTORNEY*
*Bar Status: Active*
*Fee Status: paid_2017*

**John C. Jensen**
Martin Ganotis Brown Mould & Currie, PC
5790 Widewaters Parkway
Syracuse, NY 13214
315–449–2616
Email: jjensen@mgbmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

| | | |
|---|---|---|
| **George O. Tremiti**<br>*MD* | represented by | **Brian M. Gargano**<br>(See above for address) |

*TERMINATED: 06/09/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**John C. Jensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Horatius Roman**                    represented by    **Brian M. Gargano**
*MD*                                                    (See above for address)
*TERMINATED: 06/09/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**John C. Jensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Joanne Mary French**               represented by    **Robert J. Smith**
*RN*                                                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Jennifer L. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Wendy Briscoe**                     represented by    **Robert J. Smith**
*RN*                                                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Jennifer L. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Susan Lynn Cate**                   represented by    **Robert J. Smith**
*LMFT*                                                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*
*Fee Status: paid_2017*

**Jennifer L. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Rosaline Spinella**                    represented by    **Robert J. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Jennifer L. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Robert Michael Constantine**          represented by    **Brian M. Gargano**
*MD*                                                      (See above for address)
*TERMINATED: 06/09/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**John C. Jensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Mitchell Bruce Feldman**              represented by    **Brian M. Gargano**
*MD*                                                      (See above for address)
*TERMINATED: 06/09/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**John C. Jensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Cynthia A. Rybak**                    represented by    **Robert J. Smith**
*NP*                                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Jennifer L. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**Kathryn Howe Ruscitto**                  represented by   **Robert J. Smith**
*President and CEO*                                         (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: paid_2017*

                                                           **Jennifer L. Wang**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: paid_2017*

**Defendant**

**Lowell A. Seifter**                      represented by   **Robert J. Smith**
*JD, Senior VP and General Counsel*                        (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: paid_2017*

                                                           **Jennifer L. Wang**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: paid_2017*

**Defendant**

**Meredith Price**                         represented by   **Robert J. Smith**
*VP of Financial Services and CFO*                         (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: paid_2017*

                                                           **Jennifer L. Wang**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: paid_2017*

**Defendant**

**Deborah Welch**                          represented by   **Robert J. Smith**
*VP*                                                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: paid_2017*

                                                           **Jennifer L. Wang**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: paid_2017*

**Defendant**

**Gael Gilbert**
*RN, MBA, Director*

represented by **Robert J. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Jennifer L. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2017*

**Defendant**

**SJHHC Does 1–5**
*Inclusive*

**Defendant**

**New York State Office of Mental Health**
*OMH*
*TERMINATED: 02/25/2016*

**Defendant**

**Ann Marie T. Sullivan**
*M.D., Commissioner of OMH*
*TERMINATED: 02/25/2016*

**Defendant**

**Joshua Benjamin Pepper**
*Esq., Deputy Commissioner and Counsel*
*TERMINATED: 02/25/2016*

**Defendant**

**New York State Division of Criminal Justice Services**
*DCJS*
*TERMINATED: 02/25/2016*

**Defendant**

**Michael C. Green**
*Executive Deputy Commissioner of DCJS*
*TERMINATED: 02/25/2016*

**Defendant**

**Eric T. Schneiderman**
*Esq., New York States Attorney General*
*TERMINATED: 02/25/2016*

**Defendant**

**United States Department of Justice**
*TERMINATED: 02/25/2016*

**Defendant**

**Loretta E. Lynch**
*Attorney General of the United States*

*TERMINATED: 02/25/2016*

<u>**Defendant**</u>

**Federal Bureau of Investigation**
*FBI*
*TERMINATED: 02/25/2016*

<u>**Defendant**</u>

**James B. Coomey, Jr.**
*Director of the FBI*
*TERMINATED: 02/25/2016*

<u>**Defendant**</u>

**Bureau of Alcohol, Tobacco, Firearms and Explosives**
*ATF*
*TERMINATED: 02/25/2016*

<u>**Defendant**</u>

**Thomas E. Brandon**
*Acting Director of the ATF*
*TERMINATED: 02/25/2016*

<u>**Defendant**</u>

**National Instant Background Check System**
*NICS*
*TERMINATED: 02/25/2016*

<u>**Defendant**</u>

**United States of America**
*TERMINATED: 04/19/2016*

<u>**Defendant**</u>

**Regina Lombardo**
*Special Agent in Charge (SAC) of ATF's Tampa, FL Office*
*TERMINATED: 04/19/2016*

<u>**Defendant**</u>

**Paul Wysopal**
*Special Agent in Charge (SAC) of FBI's Tampa, FL Office*
*TERMINATED: 04/19/2016*

<u>**Defendant**</u>

**Federal Does 1–5**
*Inclusive*
*TERMINATED: 02/25/2016*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/19/2015 | 1 | COMPLAINT WITH JURY DEMAND: against all defendants, filed by Umesh Heendeniya, Pro Se. {The clerk notes that Exhibit D references a 911 tape, however, there was not a tape or CD submitted with the Complaint. It is also noted that some of the pages within the exhibits are difficult to see. The best possible images were |

| | | |
|---|---|---|
| | | uploaded onto the docket}. (Attachments: # 1 Exhibit A – Bachelor's Degree, # 2 Exhibit B – U.S. Marine Discharge Papers, # 3 Exhibit C – Disability Paperwork, # 4 Exhibit D – Affidavit with Exhibits, # 5 Exhibit E – New York County Supreme Court Papers, # 6 Exhibit F – St. Joseph's Paperwork, # 7 Exhibit G – Medical Records, # 8 Exhibit H – ATF Information 3310.4 Form, # 9 Exhibit I – Correspondence from St. Joseph's Hospital Health Center, # 10 Exhibit J – News Articles, # 11 Civil Cover Sheet, # 12 Cover Letter)(rep) Modified on 10/20/2015 – Exhibits C,F, and G were restricted to case participants only as the documents contain medical records. (rep). (Additional attachment(s) added on 10/20/2015: # 13 Envelope) (rep). (Attachment 13 replaced on 10/28/2015) (sg, ). (Entered: 10/20/2015) |
| 10/19/2015 | 2 | MOTION: For Leave to Proceed in forma pauperis, filed by Umesh Heendeniya, Pro Se. Motions referred to Therese Wiley Dancks. (rep) (Entered: 10/20/2015) |
| 10/19/2015 | 3 | PRO SE HANDBOOK and NOTICE: Pro Se Handbook, Notice and Local Rules were mailed to the Pro Se Plaintiff on 3/13/2015 and signed by the Pro Se Plaintiff on 10/12/2015. (rep) (Entered: 10/20/2015) |
| 10/26/2015 | 4 | AMENDED MOTION for Leave to Proceed in forma pauperis filed by Umesh Heendeniya. Motions referred to Therese Wiley Dancks. (dpk) (Additional attachment(s) added on 10/28/2015: # 1 Cover Letter) (dpk, ). (Entered: 10/28/2015) |
| 10/28/2015 | | CLERK'S CORRECTION OF DOCKET ENTRY re 4 Amended Motion for Leave to Proceed in forma pauperis. Cover Letter, which accompanied Amended Motion, was not included as an attachment in the original docket entry. Cover letter has been added as attachment. (dpk) (Entered: 10/28/2015) |
| 10/28/2015 | | CLERK'S CORRECTION OF DOCKET ENTRY: The clerk deleted the 10/20/2015 docket annotation that listed an additional address for the Pro Se Plaintiff pursuant to the concern listed in the Plaintiff's cover letter that was submitted with the # 4 Amended IFP Motion. A copy of this Clerk's Correction is being sent to the Pro Se Plaintiff via U.S. Postal Mail at P.O. Box 5104, Spring Hill, FL 34611. (rep) (Entered: 10/28/2015) |
| 10/28/2015 | 5 | TEXT ORDER granting Plaintiff's [4–1] letter request as to Dkt. No. [1–13] – Mailing Envelope – requesting that the mailing address on the envelope be redacted: Court directs the Clerk to replace Dkt. No. [1–13] with a redacted copy of same. Signed by Magistrate Judge Therese Wiley Dancks on 10/28/2015. (A copy of this Text Order with redacted Dkt. [1–13] has been served on pro se party via regular mail.)(sg) (Entered: 10/28/2015) |
| 10/28/2015 | | CLERK'S CORRECTION OF DOCKET ENTRY re [1–13]: Dkt. [1–13] has been replaced with a redacted copy of mailing envelope, pursuant to Text Order at Dkt. 5 . (A copy of this text entry has been served on pro se party(ies) via regular mail. ) (sg) (Entered: 10/28/2015) |
| 11/30/2015 | 6 | ORDER AND REPORT–RECOMMENDATION: Ordered that Pltf's 2 & 4 IFP application be granted solely for the purposes of this initial review. Recommended that Pltf's 1 complaint be dismissed. ( Objections to R&R due by 12/17/2015, Case Review Deadline 12/21/2015. Signed by Magistrate Judge Therese Wiley Dancks on 11/30/15. [Served by mail].(sfp, ) (Entered: 11/30/2015) |
| 12/17/2015 | 7 | PLAINTIFF'S EMERGENCY EX–PARTE MOTION to enlarge time for (i) him to file objections to the 'Report and Recommendation' dated 11/30/2015, (ii) for him to file a motion for reconsideration in regards to the Report and Recommendation, and (iii) for him to amend the Complaint filed by Umesh Heendeniya. Motions referred to Therese Wiley Dancks. (dpk) (Entered: 12/18/2015) |
| 12/21/2015 | 8 | TEXT ORDER : Court has reviewed Plaintiff's motion for extension of time (Dkt. No. 7 ) which is granted in part and denied in part as follows: Plaintiff's request for an extension granted such that objections to Report Recommendation (Dkt. No. 6 ) are due 1/29/2016; Plaintiff's request to file a motion for reconsideration regarding Dkt. No. 6 is granted and shall be filed by 1/29/2016; Plaintiff's request to file an amended complaint is denied without prejudice at this time and may be renewed, if necessary, after the Court acts on the pending Report–Recommendation. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 12/21/2015. (A copy of this Text Order has been served on pro se party(ies) via regular mail.) (sg) (Entered: 12/21/2015) |

| | | |
|---|---|---|
| 12/21/2015 | | Re−Set Deadlines: Objections to R&R due by 1/29/2016. (sg) (Entered: 12/21/2015) |
| 12/28/2015 | 9 | Letter Request/Motion to Amend the 7 Motion to Enlarge Time filed by Umesh Heendeniya. (Attachments: # 1 Cover Letter) Motions referred to Therese Wiley Dancks. (dpk) Modified on 12/29/2015 (sg). (Entered: 12/28/2015) |
| 12/29/2015 | 10 | TEXT ORDER: Court has reviewed letter motion (Dkt. No. 9 ) to amend previous time frames set forth in Plaintiff's earlier motion (Dkt. No. 7 ) which requested an extension of time to file a motion to reconsider, file objections to the Court's Report−Recommendation (Dkt. No. 6 ), and file an amended complaint. The letter motion appears to have crossed in the mail with the Court's Text Order (Dkt. No. 8 ). Therefore, letter motion (Dkt. No. 9 ) denied as moot in light of Court's Text Order (Dkt. No. 8 ) extending time for filing objections and a motion to reconsider to 1/29/2016 and denying without prejudice Plaintiff's request to file an amended complaint. Court declines to direct any counsel to appear for any defendants at this time. Clerk is directed to send a copy of the Docket to Plaintiff, along with a copy of this Text Order. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 12/29/2015. (A copy of this Text Order and this case docket sheet has been served on pro se party(ies) via regular mail.) (sg) (Entered: 12/29/2015) |
| 01/22/2016 | 11 | AFFIDAVIT by Umesh Heendeniya. (Attachments: # 1 Exhibits 1, 2; # 2 Exhibit 3; # 3 Exhibit A, Medical Records; # 4 Exhibit B, # 5 Mailing envelope) (lah). [Modified on 1/25/2016 to restrict Ex A, Medical REcords, to case participants] (Entered: 01/25/2016) |
| 01/25/2016 | | CLERK'S CORRECTION OF DOCKET ENTRY re 11 Affidavit. Clerk deleted and refiled. Filing date and event corrected. (lah) (Entered: 01/25/2016) |
| 01/29/2016 | 12 | AFFIDAVIT by Umesh Heendeniya. (lah) (Entered: 01/29/2016) |
| 01/29/2016 | 13 | MOTION for Reconsideration of Report−Recommendation dated 11/30/2015 filed by Umesh Heendeniya. (lah) (Entered: 01/29/2016) |
| 01/29/2016 | 14 | OBJECTION to 6 Report−Recommendation by Umesh Heendeniya. (lah) (Entered: 01/29/2016) |
| 02/04/2016 | 15 | MOTION to Amend 14 Objection to Report−Recommendation filed by Umesh Heendeniya. (Attachments: # 1 Ex. A, Plaintiff's Additional Objections to Magistrate Judge Report−Recommendation, # 2 Mailing Envelope) Motion referred to Therese Wiley Dancks. (lah) (Entered: 02/04/2016) |
| 02/04/2016 | 16 | MOTION to Enlarge Time for Service of Process filed by Umesh Heendeniya. (Attachment: # 1 Mailing envelope) Motion referred to Therese Wiley Dancks. (lah) (Entered: 02/05/2016) |
| 02/04/2016 | 17 | MOTION to Amend the Complaint filed by Umesh Heendeniya. (Attachments: # 1 Mailing envelope # 2 Ex. A, 2 pages of amended complaint) Motion referred to Therese Wiley Dancks. (Entered: 02/05/2016) |
| 02/05/2016 | 18 | MOTION to Withdraw 17 MOTION to Amend Complaint with Leave to File the attached Motion to Amend the Complaint filed by Umesh Heendeniya. Motion referred to Therese Wiley Dancks. (lah) (Entered: 02/05/2016) |
| 02/16/2016 | 19 | Emergency MOTION to Amend 1 Complaint filed by Umesh Heendeniya. (Attachments: # 1 Proposed Amended Complaint, # 2 Exhibit 1 to Proposed Amended Complaint, # 3 Exhibit 2 to Proposed Amended Complaint, # 4 Exhibit 3 to Proposed Amended Complaint, # 5 Exhibit 4 to Proposed Amended Complaint, # 6 Exhibit 5 to Proposed Amended Complaint, # 7 Exhibit 6 to Proposed Amended Complaint, # 8 Exhibit 7 to Proposed Amended Complaint, # 9 Exhibit 8 to Proposed Amended Complaint, # 10 Exhibit 9 to Proposed Amended Complaint, # 11 Exhibit 10 to Proposed Amended Complaint, # 12 Exhibit 11 to Proposed Amended Complaint, # 13 Exhibit 12 to Proposed Amended Complaint, # 14 Exhibit 13 to Proposed Amended Complaint, # 15 Exhibit 14 to Proposed Amended Complaint, # 16 Exhibit 15 to Proposed Amended Complaint, # 17 Exhibit 16 to Proposed Amended Complaint, # 18 Exhibit 17 to Proposed Amended Complaint, # 19 Exhibit 18 to Proposed Amended Complaint, # 20 Exhibit 19 to Proposed Amended Complaint, # 21 Exhibit 20 to Proposed Amended Complaint, # 22 Exhibit 21 to Proposed Amended Complaint, # 23 Exhibit 22 to Proposed Amended Complaint, # 24 Exhibit 23 to Proposed Amended |

| | | |
|---|---|---|
| | | Complaint, # 25 Exhibit 24 to Proposed Amended Complaint, # 26 Exhibit 25 to Proposed Amended Complaint, # 27 Exhibit 26 to Proposed Amended Complaint, # 28 Exhibit 27 to Proposed Amended Complaint, # 29 Exhibit 28 to Proposed Amended Complaint, # 30 Exhibit 29 to Proposed Amended Complaint, # 31 Exhibit 30 to Proposed Amended Complaint, # 32 Exhibit 31 to Proposed Amended Complaint, # 33 Exhibit 32 to Proposed Amended Complaint, # 34 Mailing Envelope) Motions referred to Therese Wiley Dancks. (dpk) (Entered: 02/18/2016) |
| 02/25/2016 | 20 | DECISION AND ORDER denying # 13 Plaintiff's Motion for reconsideration of the Report–Recommendation; granting # 15 Plaintiff's Motion to Amend his Objections to the Report–Recommendation; accepting and adopting # 6 Magistrate Judge Dancks' Report–Recommendaion in its entirety; denying without prejudice # 16 Plaintiff's Motion for to enlarge the time for service of process; granting # 18 Plaintiff's motion to withdraw his first motion to amend his Complaint and Plaintiff's # 17 Motion to Amend his complaint is deemed withdrawn; and denying without prejudice # 19 Plaintiff's second Motion to Amend his complaint. All of the claims asserted in Plaintiff's complaint are dismissed with prejudice EXCEPT the following four claims which shall be dismissed with prejudice unless Plaintiff files an Amended Complaint within Thirty (30) days of the date of this Decision and Order correcting the pleading defects identified in Magistrate Judge Dancks' Report–Recommendation: (1) Plaintiff's state law claims against St. Josephs Health Center, Briscoe, OConnor, French, Levine, Tremiti, Roman, Spunelka, Constantine, Feldman, Rybak, Cate, Ruscitto, Seifter, Price, Welch, Gilbert, and John Does 1–5; (2)Plaintiff's Bivens claims against Defendants Lombardo and Wysopal in their individual capacities; (3) Plaintiff's state law claims against the United States; and (4)Plaintiff's state law claims against Defendants Lombardo and Wysopal. Plaintiff's Amended Complaint shall be a complete pleading that supersedes his original Complaint. Signed by Chief Judge Glenn T. Suddaby on 2/25/16. (lmw) (Copy served upon pro se plaintiff via regular mail) (Entered: 02/25/2016) |
| 02/26/2016 | | Set Deadlines/Hearings: Notice of Compliance Deadline 3/25/2016. (lmw) (Entered: 02/26/2016) |
| 03/25/2016 | 21 | AMENDED COMPLAINT against Wendy Briscoe, Susan Lynn Cate, Robert Michael Constantine, Mitchell Bruce Feldman, Joanne Mary French, Gael Gilbert, Roger Gary Levine, Lisa Marie O'Connor, Meredith Price, Horatius Roman, Kathryn Howe Ruscitto, Cynthia A. Rybak, SJHHC Does 1–5, Lowell A. Seifter, Rosaline Spunelka, St. Joseph's Hospital Health Center, George O. Tremiti, Deborah Welch filed by Umesh Heendeniya. (Attachments: # 1 Exhibits 1, 2; # 2 Ex. 3, Medical records; # 3 Ex. 4, Medical records; # 4 Ex. 5, Medical records; # 5 Ex. 6, Medical records; # 6 Exhibits 7–24)(lah) Text edited to exclude deft Brandon 3/28/2016(lah) (Entered: 03/28/2016) |
| 03/30/2016 | 22 | AFFIDAVIT by Umesh Heendeniya Regarding Being Given Special Solicitude Due to Him Being a Pro Se, Mentally Disabled Plaintiff. (lah) (Entered: 03/30/2016) |
| 04/15/2016 | 23 | Renewed MOTION for Enlargement of Time for service of process of the Amended Complaint by 60 days using the services of the U.S. Marshals filed by Umesh Heendeniya. Motion referred to Therese Wiley Dancks. (lah) (Entered: 04/15/2016) |
| 04/19/2016 | 24 | ORDER. Upon review of plaintiff's Amended Complaint, Dkt.No. 21 , the Court finds that the Amended Complaint states a claim sufficient to survive initial review and that plaintiff may continue to proceed with this matter in forma pauperis. The Clerk shall mail blank summonses and forms USM–285 to plaintiff and plaintiff shall fully complete a summons and USM–285 for each defendant and return to the Clerk's Office within 30 days; ORDERED that upon receipt of the completed summonses and USM–285s, the clerk shall issue summonses and forward the summonses, along with the Amended Complaint and a GO25, to the U.S. Marshal for service upon defendants. Signed by Magistrate Judge Therese Wiley Dancks on 4/19/2016. (lah)[copy of order, blank summonses and Forms USM–285 mailed to pltf] (Entered: 04/19/2016) |
| 04/29/2016 | 25 | TEXT ORDER finding as moot Plaintiff's 23 Renewed Motion for enlargement of time for service of process of the amended complaint: Plaintiff must comply with the directives in Dkt. 24 and must return to the Court the completed summonses and USM–285 forms so that service of process may be accomplished by the U.S. Marshals Service pursuant to Dkt. 24 . SO ORDERED by Magistrate Judge Therese Wiley |

| | | |
|---|---|---|
| | | Dancks on 4/29/2016. (A copy of this Text Order has been served on pro se party(ies) via regular mail.) (sg) (Entered: 04/29/2016) |
| 05/09/2016 | 26 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 8/8/2016 at 9:30 AM by telephone before Magistrate Judge Therese Wiley Dancks. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 8/1/2016. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (lah) [Copy mailed to pltf by regular mail]. (Entered: 05/09/2016) |
| 05/10/2016 | 27 | Summons Issued as to St. Joseph's Hospital Health Center. (Attachments: Summonses as to # 1 Roger Levine, # 2 Lisa O'Connor, # 3 George Tremiti, # 4 Horatius Roman, # 5 Joanne French, # 6 Wendy Briscoi, # 7 Susan Cate, # 8 Rosaline Spunelka, # 9 Robert Constantine, # 10 Mitchell Feldman, # 11 Cynthia Rybak, # 12 Kathryn Ruscitto, # 13 Lowell Seifter, # 14 Meredith Price, # 15 Deborah Welch, # 16 Gael Gilbert)(lah) (Entered: 05/10/2016) |
| 06/20/2016 | 28 | ACKNOWLEDGMENT OF SERVICE Executed as to Lowell A. Seifter served on 6/7/2016, answer due 6/28/2016. (lah) (Entered: 06/20/2016) |
| 06/20/2016 | 29 | ACKNOWLEDGMENT OF SERVICE Executed as to Kathryn Howe Ruscitto served on 6/7/2016, answer due 6/28/2016. (lah) (Entered: 06/20/2016) |
| 06/20/2016 | 30 | ACKNOWLEDGMENT OF SERVICE Executed as to St. Joseph's Hospital Health Center served on 6/15/2016, answer due 7/6/2016. (lah) (Entered: 06/20/2016) |
| 06/20/2016 | 31 | ACKNOWLEDGMENT OF SERVICE Executed as to Deborah Welch served on 6/9/2016, answer due 6/30/2016. (lah) (Entered: 06/20/2016) |
| 06/20/2016 | 32 | ACKNOWLEDGMENT OF SERVICE Executed as to Gael Gilbert served on 6/10/2016, answer due 7/1/2016. (lah) (Entered: 06/20/2016) |
| 06/20/2016 | 33 | ACKNOWLEDGMENT OF SERVICE Executed as to Roger Gary Levine served on 6/15/2016, answer due 7/6/2016. (lah) (Entered: 06/20/2016) |
| 06/20/2016 | 34 | ACKNOWLEDGMENT OF SERVICE Executed as to Meredith Price served on 6/15/2016, answer due 7/6/2016. (lah) (Entered: 06/20/2016) |
| 06/20/2016 | 35 | ACKNOWLEDGMENT OF SERVICE Executed as to Joanne Mary French served on 6/15/2016, answer due 7/6/2016. (lah) (Entered: 06/20/2016) |
| 06/21/2016 | 36 | ACKNOWLEDGMENT OF SERVICE Executed as to Susan Lynn Cate served on 6/14/2016, answer due 7/5/2016. (lah) (Entered: 06/21/2016) |
| 06/21/2016 | 37 | PROCESS RECEIPT AND RETURN of USM−285 Returned executed as to Susan Lynn Cate on 6/14/2016 service of Summons and Complaint. (lah) (Entered: 06/21/2016) |
| 06/22/2016 | 38 | ACKNOWLEDGMENT OF SERVICE Executed as to Wendy Briscoe served on 6/20/2016, answer due 7/11/2016. (nas, ) (Entered: 06/22/2016) |
| 06/23/2016 | 39 | Letter from St. Joseph's Health Inc. returning Summons and Complaints issued to physicians who are not actual hospital employees: Rosaline Spunelka, RN; Horatius Roman, MD; Mitchell Bruce Feldman, MD; George O. Tremiti, MD; Robert Michael Constantine, MD and Lisa M. O'Connor, MD. (lah) [copy served on pltf by regular mail] (Entered: 06/23/2016) |
| 06/23/2016 | 40 | PROCESS RECEIPT AND RETURN of USM−285 Returned Unexecuted as to Robert Constantine, MD. (lah) (Additional attachment(s) added on 6/28/2016: # 1 Letter from St. Joseph's Health) (lah, ). (Entered: 06/23/2016) |
| 06/23/2016 | 41 | PROCESS RECEIPT AND RETURN of USM_285 Returned unexecuted as to Mitchell Feldman, MD. (lah) (Additional attachment(s) added on 6/28/2016: # 1 Letter from St. Joseph's Health) (lah, ). (Entered: 06/23/2016) |
| 06/23/2016 | 42 | PROCESS RECEIPT AND RETURN of USM−285 Returned unexecuted as to Lisa Maria O'Connor, MD. (lah) (Additional attachment(s) added on 6/28/2016: # 1 Letter from St. Joseph's Health) (lah, ). (Entered: 06/23/2016) |

| 06/23/2016 | 43 | PROCESS RECEIPT AND RETURN of USM–285 Returned unexecuted as to Horatius Roman, MD. (lah) (Additional attachment(s) added on 6/28/2016: # 1 Letter from St. Joseph's Health) (lah, ). (Entered: 06/23/2016) |
|---|---|---|
| 06/23/2016 | 44 | PROCESS RECEIPT AND RETURN of USM–285 Returned unexecuted as to Rosaline Spunelka, RN. (lah) (Additional attachment(s) added on 6/28/2016: # 1 Letter from St. Joseph's Health) (lah, ). (Entered: 06/23/2016) |
| 06/23/2016 | 45 | PROCESS RECEIPT AND RETURN of USM–285 Returned unexecuted as to George Tremiti, MD. (lah) (Additional attachment(s) added on 6/28/2016: # 1 Letter from St. Joseph's Health) (lah, ). (Entered: 06/23/2016) |
| 06/24/2016 | 46 | MOTION to Dismiss for Failure to State a Claim Motion Hearing set for 8/18/2016 09:30 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 8/1/2016 Reply to Response to Motion due by 8/8/2016. filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, St. Joseph's Hospital Health Center, Deborah Welch. (Attachments: # 1 Affidavit, # 2 Memorandum of Law) (Smith, Robert) Modified on 6/24/2016 to remove the Motion to Approve Consent Judgment. (mc) Modified on 7/15/2016 to remove Rosaline Spunkelka as filer. (lah). (Entered: 06/24/2016) |
| 06/24/2016 | 47 | CERTIFICATE OF SERVICE by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spunelka, St. Joseph's Hospital Health Center, Deborah Welch re 46 MOTION to Approve Consent Judgment MOTION to Dismiss for Failure to State a Claim (Smith, Robert) (Entered: 06/24/2016) |
| 06/24/2016 | | CLERK'S CORRECTION OF DOCKET ENTRY: Pursuant to a phone call from attorney Robert Smith's office, the Clerk modified the # 46 docket entry to remove the Motion to Approve Consent Judgment as this filing is a Motion to Dismiss for Failure to State a Claim. The attorney inadvertently selected Motion to Approve Consent Judgment when filing. (mc) (Entered: 06/24/2016) |
| 06/27/2016 | | TEXT NOTICE of Hearing on # 46 MOTION to Dismiss: Motion Hearing set for 8/18/2016 on submission of motion papers before Chief Judge Glenn T. Suddaby. No oral argument. Response to Motion due by 8/1/2016. Reply to Response to Motion due by 8/8/2016. (lmw) (Entered: 06/27/2016) |
| 06/27/2016 | 48 | ACKNOWLEDGMENT OF SERVICE Executed as to Cynthia A. Rybak served on 6/22/2016. (nas, ) (Entered: 06/27/2016) |
| 06/28/2016 | | ***Answer due date updated for Cynthia A. Rybak answer due 7/13/2016. (lah) (Entered: 06/28/2016) |
| 06/28/2016 | | CLERK'S CORRECTION OF DOCKET ENTRY re 40 , 41 , 42 , 43 , 44 , and 45 Process Receipt and Return Forms. Clerk attached the letter from St. Joseph's Health 39 to each USM–285 regarding St. Joseph's Hospital's policy on accepting service. (lah) (Entered: 06/28/2016) |
| 06/28/2016 | 49 | BILL OF COSTS submitted by U.S. Marshal re: Service Fees. (lah)[copy served on pltf by regular mail] (Entered: 06/28/2016) |
| 06/28/2016 | 50 | Letter from the Court to plaintiff requesting additional information for defendants for the US Marshals to effect service on defendants. (nas, ) (Entered: 06/28/2016) |
| 07/06/2016 | 51 | NOTICE of Appearance by Kevin E. Hulslander on behalf of Roger Gary Levine (Attachments: # 1 certificate of service)(Hulslander, Kevin) (Entered: 07/06/2016) |
| 07/06/2016 | 52 | ANSWER to 21 Amended Complaint,, by Roger Gary Levine. (Attachments: # 1 certificate of service)(Hulslander, Kevin) (Entered: 07/06/2016) |
| 07/14/2016 | 53 | Copy of letter to the US Marshals from Jennifer Wang regarding service. (nas, ) (Entered: 07/14/2016) |
| 07/14/2016 | 54 | Letter from Costello Cooney PLLC advising that their motion to dismiss 46 incorrectly states that they represent Rosaline Spunelka, RN when no one by that name is employed by defendant St. Joseph's and that service of the Summons and Complaint was not accepted for this person. (lah)[Clerk edited docket text of motion 46 to delete |

| | | |
|---|---|---|
| | | Rosaline Spunelka, RN, as a filer of the motion] (Entered: 07/15/2016) |
| 07/18/2016 | 55 | SECOND AMENDED COMPLAINT filed by Umesh Heendeniya. (Attachments: # 1 Exhibits 1–16, # 2 Exhibits 17–26, # 3 Certificate of Service)(lah) (Entered: 07/19/2016) |
| 07/20/2016 | 56 | TEXT ORDER directing Defendants to advise the Court in writing by 7/25/16 as to what portions of their # 46 Motion to Dismiss they contend remain pending following the filing of Plaintiff's Second Amended Complaint. If Defendants wish to supplement their motion to assert any new arguments and/or address new claims or allegations asserted in Plaintiff's Second Amended Complaint, Defendants are directed to file a new motion to dismiss by 8/8/16 which should not make any arguments by reference or incorporation of the first motion to dismiss. SO ORDERED by Chief Judge Glenn T. Suddaby on 7/20/16. (lmw)(Copy served upon pro se plaintiff via regular mail) (Entered: 07/20/2016) |
| 07/25/2016 | 57 | Letter advising Court that # 46 Motion to Dismiss applies to Second Amended Complaint filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, St. Joseph's Hospital Health Center, Deborah Welch. Motions referred to Therese Wiley Dancks. (Smith, Robert) Modified on 7/29/2016 to correct event (lmw). (Entered: 07/25/2016) |
| 07/25/2016 | 58 | TEXT ORDER: In light of the motions to dismiss currently pending in this case, the Rule 16, and related deadlines, is adjourned without new date at this time. The Rule 16 Conference will be rescheduled when decisions on the pending motions to dismiss are issued, and all parties have been served with the summons and complaint. Clerk to resend blank summonses and forms USM–285 to Plaintiff for Defendants O'Connor, Tremiti, Roman, Constantine, and Feldman. Plaintiff shall fully complete a summons and USM–285 for each of those Defendants with their current addresses (NOT St. Joseph's Hospital address) for service by 8/22/2016. Plaintiff's failure to provide current addresses for service of process on Defendants O'Connor, Tremiti, Roman, Constantine and Feldman by 8/22/2016 may result in Plaintiff's claims being dismissed against those Defendants. The Clerk is also directed to send a copy of the docket to Plaintiff. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 7/25/2016. (A copy of this Text Order, docket sheet, summonses and USM–285s as instructed herein have been served on pro se party(ies) via regular mail.)(sg) (Entered: 07/25/2016) |
| 07/28/2016 | 59 | MOTION to Dismiss *Plaintiff's Second Amended Complaint* Motion Hearing set for 9/15/2016 10:00 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 8/29/2016 Reply to Response to Motion due by 9/6/2016. filed by Roger Gary Levine. (Attachments: # 1 Memorandum of Law, # 2 certificate of service) (Hulslander, Kevin) (Entered: 07/28/2016) |
| 07/28/2016 | 60 | NOTICE TO PRO SE PLAINTIFF of response deadline re 59 MOTION to Dismiss *Plaintiff's Second Amended Complaint* (lah)(served by regular mail) (Entered: 07/28/2016) |
| 07/29/2016 | | TEXT NOTICE of Hearing on # 59 MOTION to Dismiss *Plaintiff's Second Amended Complaint* filed by Roger Gary Levine: Motion Hearing set for 9/15/2016 on submission of motion papers before Chief Judge Glenn T. Suddaby. No personal appearance. Response to Motion due by 8/29/2016 Reply to Response to Motion due by 9/6/2016. (lmw)(Copy served upon pro se plaintiff via regular mail) (Entered: 07/29/2016) |
| 07/29/2016 | | TEXT NOTICE of Hearing on # 46 MOTION to Dismiss for Failure to State a Claim filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, St. Joseph's Hospital Health Center, Deborah Welch: Motion now applies to Plaintiff's Second Amended Complaint pursuant to # 57 Letter from Defendants. Motion Hearing rescheduled for 9/15/2016 on submission of motion papers before Chief Judge Glenn T. Suddaby. Response to Motion due by 8/29/2016. Reply to Response to Motion due by 9/6/2016. (lmw) (Copy served upon pro se plaintiff via regular mail) (Entered: 07/29/2016) |
| 08/08/2016 | 61 | Letter Motion from Umesh Heendeniya requesting Reasonable Accommodation –– extension of time to file and serve motion responses; that the Court direct the clerk to |

| | | |
|---|---|---|
| | | provide plaintiff with blank summonses and Forms USM–285 for the seven NYS defts named in the Second Amended Complaint; that the Court enlarge the time to complete service of process on defts O'Connor, Tremiti, Roman, Constantine and Feldman by four months submitted to U.S. Magistrate Judge Terese Wiley Dancks. (lah) (Entered: 08/08/2016) |
| 08/08/2016 | 62 | MOTION to Dismiss *On Submission* Motion Hearing set for 9/15/2016 09:30 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 8/29/2016 Reply to Response to Motion due by 9/6/2016. filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, St. Joseph's Hospital Health Center, Deborah Welch. (Attachments: # 1 Affidavit, # 2 Memorandum of Law, # 3 Certificate of Service) (Smith, Robert) (Entered: 08/08/2016) |
| 08/12/2016 | 63 | Letter Motion for Umesh Heendeniya Supplementing Letter Request, Dkt. No. 61 submitted to Magistrate Judge Therese Wiley Dancks. (lah) (Entered: 08/15/2016) |
| 08/15/2016 | 64 | TEXT ORDER : Court has reviewed Plaintiff's letter motion (Dkt. No. 61 ) seeking various relief. Letter motion granted, in part, and denied, in part, in accordance herewith. In consideration of Plaintiff's pro se status, Plaintiff's objections to the Court's 7/25/2016 order (Dkt. No. 58 ) due 9/1/2016. Plaintiff's responses to the pending motions to dismiss (Dkt. Nos. 59 and 62 ) due 9/30/2016. Defendants' replies regarding the pending motions to dismiss due 10/11/2016. Motions to dismiss are on submission only. Clerk to resend a third set of blank summonses and forms USM–285 to Plaintiff for Defendants O'Connor, Tremiti, Roman, Constantine and Feldman. Plaintiff shall fully complete a summons and USM–285 for each of those Defendants with their current addresses or their current office practice addresses (NOT St. Joseph's Hospital address) and return the completed forms for service by 9/30/2016. Plaintiff's failure to provide current addresses for service of process on Defendants O'Connor, Tremiti, Roman, Constantine, and Feldman by 9/30/2016 may result in Plaintiff's claims being dismissed against those Defendants. Clerk also to send a blank summons and form USM–285 to Plaintiff for Defendant Rosaline Spinella (previously named Roseline Spunelka), which Plaintiff shall fully complete and return for service by 9/30/2016. To the extent Plaintiff seeks to conduct limited discovery for the purpose of determining addresses for service of process on Defendants O'Connor, Tremiti, Roman, Constantine, and Feldman, that request is denied. To the extent Plaintiff's motion requests blank summonses and forms USM–285 for the "7 NY State defendants" (OMH, Sullivan, Pepper, NYSDCJ, Green, Schneiderman) and that the Court order the Clerk to correct the status of "7 NY State defendants" on the docket sheet because they have been "added –back" as defendants in the second amended complaint, those requests are denied. The complaint against those NYS Defendants was dismissed with prejudice. (See Dkt. Nos. 6 and 20 .) To the extent Plaintiff's letter request seeks a Court conference, that request is denied without prejudice. The Clerk is also directed to send an updated copy of the docket to Plaintiff. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 8/9/2016. (A copy of this Text Order and other documentation as directed herein have been served on/sent to pro se party(ies) via regular mail.) (sg) (Entered: 08/15/2016) |
| 08/15/2016 | | Set/Reset Deadlines as to 59 MOTION to Dismiss and 62 MOTION to Dismiss: Motions are on submit. Plaintiff's Responses to Motions due by 9/30/2016. Defendnats' Replies to Responses to Motions due by 10/11/2016. (sg) (Entered: 08/15/2016) |
| 08/15/2016 | 65 | TEXT ORDER : Court has reviewed letter motion (Dkt. No. 63 ) to supplement letter motion (Dkt. No. 61 ). In considering the supplemental information contained in Dkt. No. 63 , the Court stands by the directives set forth in the Court's Text Order (Dkt. No. 64 ) which the Court determines addresses the requests in both Dkt. Nos. 61 and 63 . SO ORDERED by Magistrate Judge Therese Wiley Dancks on 8/15/2016. (A copy of this Text Order has been served on pro se party(ies) via regular mail.) (sg) (Entered: 08/15/2016) |
| 08/31/2016 | 66 | Letter Motion from Umesh Heendeniya requesting Reasonable Accommodation to grant extension of four weeks to file objections to the Court's Text Order dated 8/15/2016 submitted to Magistrate Judge Therese Wiley Dancks. (lah) (Entered: 08/31/2016) |

| 09/01/2016 | 67 | APPEAL of Magistrate Judge Decision to District Court Judge – OBJECTIONS by Umesh Heendeniya re Magistrate Judge's Text Order 58 . (lah) Modified on 10/4/2016 to reflect this is a Magistrate Appeal (lmw). (Entered: 09/01/2016) |
|---|---|---|
| 09/07/2016 | 68 | Summons Issued as to Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, Rosaline Spunelka, George O. Tremiti. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(sfp, ) (Entered: 09/07/2016) |
| 09/07/2016 | 69 | NOTICE of Appearance by John P. Coghlan on behalf of Roger Gary Levine (Attachments: # 1 certificate of service)(Coghlan, John) (Entered: 09/07/2016) |
| 09/08/2016 | | Service packets for Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, Rosaline Spunelka, and George O. Tremiti forwarded to the U.S. Marshals for service. (rep) (Entered: 09/08/2016) |
| 09/09/2016 | 70 | TEXT ORDER: Court has reviewed Plaintiff's letter motion (Dkt. No. 66 ) seeking further extensions of time. Letter motion granted in accordance herewith. In consideration of Plaintiff's pro se status, Plaintiff's objections to the Court's 8/15/2016 orders (Dkt. Nos. 64 and 65 ) due 9/30/2016. Plaintiff's responses to the pending motions to dismiss (Dkt. Nos. 59 and 62 ) due 10/28/2016. Defendants' replies due 11/7/2016. No further extensions will be granted. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 9/8/2016. (A copy of this Text Order has been served on pro se party(ies) via regular mail.) (sg) (Entered: 09/09/2016) |
| 10/03/2016 | 71 | Appeal of Magistrate Decision to District Court Judge – Plaintiff's Objections to Magistrate Judge Dancks # 65 Text Order on Letter Request and # 70 Text Order on Letter Request by Umesh Heendeniya. (Attachments: # 1 Envelope)(mgh) Modified on 10/4/2016 to reflect this is a Magistrate Appeal (lmw). (Entered: 10/04/2016) |
| 10/03/2016 | 72 | Letter Motion for Umesh Heendeniya requesting an expedited ruling on Objections filed on Sept. 1st Dkt # 67 and Objections filed on Oct. 3rd Dkt # 71 submitted to Judge Suddaby. (mgh) (Entered: 10/04/2016) |
| 10/04/2016 | | CLERK'S CORRECTION OF DOCKET ENTRY: # 67 Objections to Magistrate Text Order and # 71 Objections to Magistrate Text Order renamed as Appeals of Magistrate Judge Decision to District Court. (lmw) (Entered: 10/04/2016) |
| 10/04/2016 | | TEXT NOTICE of Hearing on # 67 APPEAL OF MAGISTRATE JUDGE DECISION to District Court and # 71 APPEAL OF MAGISTRATE JUDGE DECISION to District Court: Defendants' Response to Plaintiff's Objections due by 10/17/2016. (lmw)(Copy served upon pro se plaintiff via regular mail) (Entered: 10/04/2016) |
| 10/10/2016 | 73 | Letter from Jennifer L. Wang for Wendy Briscoe, Susan Lynn Cate, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, St. Joseph's Hospital Health Center, Deborah Welch requesting No Opposition submitted to Judge Suddaby . (Smith, Robert) (Entered: 10/10/2016) |
| 10/11/2016 | 74 | TEXT ORDER granting # 72 Plaintiff's letter–motion for an expedited ruling on his appeals from U.S. Magistrate Judge Therese Wiley Dancks' Text Orders of 07/25/2016, 08/15/2016 and 09/09/2016, but denying # 67 Plaintiff's appeal from Magistrate Dancks' Text Order of 07/25/2016, and denying # 71 his appeal from her Text Orders of 08/15/2016 and 09/09/2016. After carefully reviewing the challenged portions of Magistrate Judge Dancks' Text Orders, the Court finds that none of those portions are either clearly erroneous or contrary to law. The Court would add only that even a pro se plaintiff proceeding in forma pauperis may be required to fully complete summonses and USM–285 forms for defendants (especially where, as here, the plaintiff has demonstrated his ability to effectively litigate the action, and the magistrate judge has afforded him extensions). SO ORDERED by Chief Judge Glenn T. Suddaby on 10/11/16. (lmw) (Copy served upon pro se plaintiff via regular mail) (Entered: 10/11/2016) |
| 10/11/2016 | 75 | ACKNOWLEDGMENT OF SERVICE Executed as to Robert Michael Constantine served on 10/7/2016, answer due 10/28/2016. (sfp, ) (Entered: 10/12/2016) |
| 10/14/2016 | 76 | ACKNOWLEDGMENT OF SERVICE Executed as to Horatius Roman served on 10/6/2016, answer due 10/27/2016.. (sfp, ) (Entered: 10/14/2016) |

| 10/17/2016 | 77 | ACKNOWLEDGMENT OF SERVICE Executed as to Rosaline Spunelka served on 10/13/2016, answer due 11/3/2016.. (sfp, ) (Entered: 10/17/2016) |
|---|---|---|
| 10/27/2016 | 78 | NOTICE of Appearance by Brian M. Gargano on behalf of Robert Michael Constantine, Mitchell Bruce Feldman, Horatius Roman, George O. Tremiti (Attachments: # 1 Affidavit Certificate of Service)(Gargano, Brian) (Entered: 10/27/2016) |
| 10/27/2016 | 79 | ANSWER to 55 Amended Complaint by Robert Michael Constantine. (Attachments: # 1 Affidavit Certificate of Service)(Gargano, Brian) (Entered: 10/27/2016) |
| 10/27/2016 | 80 | ANSWER to 55 Amended Complaint by Horatius Roman. (Attachments: # 1 Affidavit Certificate of Service)(Gargano, Brian) (Entered: 10/27/2016) |
| 10/28/2016 | 81 | Letter Motion from Kevin E. Hulslander, Esq. for Roger Gary Levine requesting denial of plaintiff's third request for an extension to respond to defendant's motion to dismiss submitted to Judge Suddaby . (Attachments: # 1 certificate of service)(Hulslander, Kevin) (Entered: 10/28/2016) |
| 10/28/2016 | 82 | Letter Motion for a one week extension of time to file opposition to defts' motions filed by Umesh Heendeniya submitted to Judge Suddaby. (sfp, ) (Entered: 10/28/2016) |
| 10/28/2016 | 83 | NOTICE of Declaration regarding Federal Student Loan Balance filed by Umesh Heendeniya (sfp, ) (Entered: 10/28/2016) |
| 10/28/2016 | 84 | TEXT ORDER granting # 82 Plaintiff's Letter Request for a one week extension to respond to the pending motions to dismiss. In consideration of Plaintiff's pro se status, Plaintiff's responses to the pending motions are due 11/4/16. **PLAINTIFF IS ADVISED THAT NO FURTHER EXTENSIONS WILL BE GRANTED.** Defendants' reply to the motions are due by 11/18/16. SO ORDERED by Chief Judge Glenn T. Suddaby on 10/28/16. (lmw) (Copy served upon pro se plaintiff via regular mail) (Entered: 10/28/2016) |
| 10/28/2016 | 85 | ANSWER to 55 Amended Complaint by Mitchell Bruce Feldman. (Attachments: # 1 Affidavit Certificate of Service)(Gargano, Brian) (Entered: 10/28/2016) |
| 10/28/2016 | 86 | ANSWER to 55 Amended Complaint by George O. Tremiti. (Attachments: # 1 Affidavit Certificate of Service)(Gargano, Brian) (Entered: 10/28/2016) |
| 11/03/2016 | 87 | MOTION to Dismiss Motion Hearing set for 12/6/2016 09:00 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 11/21/2016 Reply to Response to Motion due by 11/25/2016. filed by Rosaline Spunelka. (Attachments: # 1 Affidavit, # 2 Memorandum of Law) (Smith, Robert) (Entered: 11/03/2016) |
| 11/03/2016 | | TEXT NOTICE of Hearing on # 87 MOTION to Dismiss filed by Defendant Rosaline Spinella (a/k/a Spunelka): Motion Hearing set for 12/15/2016 on submission of motion papers before Chief Judge Glenn T. Suddaby. No personal appearance. Plaintiff's Response to Motion due by 11/28/2016. Defendant's Reply to Response to Motion due by 12/5/2016. (lmw) (Copy served upon pro se plaintiff via regular mail) (Entered: 11/03/2016) |
| 11/04/2016 | 88 | CERTIFICATE OF SERVICE RE: 87 MOTION to Dismiss filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spunelka, St. Joseph's Hospital Health Center, Deborah Welch. (Smith, Robert) Modified on 11/4/2016 (hmr). (Entered: 11/04/2016) |
| 11/04/2016 | 89 | REVISED CERTIFICATE OF SERVICE Re: 87 Motion to Dismiss filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spunelka, St. Joseph's Hospital Health Center, Deborah Welch. (Smith, Robert) Modified on 11/4/2016 (hmr). (Entered: 11/04/2016) |
| 11/04/2016 | | CLERK'S CORRECTION OF DOCKET ENTRY: RE: 88 Certificate of Service and 89 Amended Certificate of Service: Clerk removed Motion to Dismiss Motion Hearing set for 12/15/2016 09:00 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 11/28/2016 Reply to Response to Motion due by 12/5/2016 from each of these docket entries as they were filed as motions and the are not motions. Clerk added Certificate of Service re: 87 Motion to Dismiss to docket |

| | | |
|---|---|---|
| | | entry <u>88</u> and added Revised Certificate of Service re: <u>87</u> Motion to Dismiss to docket entry <u>89</u> . (hmr, ) (Entered: 11/04/2016) |
| 11/07/2016 | <u>90</u> | MEMORANDUM OF LAW in Opposition re <u>46</u> MOTION to Approve Consent Judgment MOTION to Dismiss for Failure to State a Claim , <u>62</u> MOTION to Dismiss *On Submission*, <u>59</u> MOTION to Dismiss *Plaintiff's Second Amended Complaint* filed by Umesh Heendeniya. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Certificate of Service, # <u>3</u> Envelope)(Last page states page 19 of 20, however, there is no page 20 of 20.)(hmr) (Entered: 11/07/2016) |
| 11/09/2016 | <u>91</u> | Letter Motion from Umesh Heendeniya requesting reasonable disability accommodations and/or modifications, pursuant to Title II of the ADA, Section 504 of the Rehabilitation Act of 1973 submitted to Magistrate Judge Therese Wiley Dancks. (Attachments: # <u>1</u> Envelope)(hmr) (Entered: 11/09/2016) |
| 11/17/2016 | <u>92</u> | REPLY to Response to Motion re <u>46</u> MOTION to Approve Consent Judgment MOTION to Dismiss for Failure to State a Claim , <u>62</u> MOTION to Dismiss *On Submission* filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spunelka, St. Joseph's Hospital Health Center, Deborah Welch. (Smith, Robert) (Entered: 11/17/2016) |
| 11/17/2016 | <u>93</u> | CERTIFICATE OF SERVICE by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spunelka, St. Joseph's Hospital Health Center, Deborah Welch re <u>92</u> Reply to Response to Motion, (Smith, Robert) (Entered: 11/17/2016) |
| 11/18/2016 | <u>94</u> | AMENDED DECLARATION to Affirmation filed on November 7, 2016 <u>90</u> Response in Opposition to Motion filed by Umesh Heendeniya. (khr) (Entered: 11/18/2016) |
| 11/18/2016 | <u>95</u> | Letter Request/Motion from Pro Se Litigant Umesh Heendeniya requesting to participate in electronic filing and requesting a summons to be issued to defendant Dr. Lisa Marie O'Connor (khr) (Entered: 11/18/2016) |
| 11/18/2016 | <u>96</u> | MEMORANDUM OF LAW *(Reply Memo) in Further Support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint* filed by Roger Gary Levine. (Coghlan, John) (Entered: 11/18/2016) |
| 11/18/2016 | <u>97</u> | CERTIFICATE OF SERVICE by Roger Gary Levine *of Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint* (Coghlan, John) (Entered: 11/18/2016) |
| 11/21/2016 | 98 | TEXT ORDER : Court has reviewed letter motion (Dkt. No. <u>91</u> ) requesting a six week extension to file a motion to recuse, and a stay of the proceedings pertaining to the motions to dismiss (Dkt. Nos. <u>46</u> , <u>59</u> , and <u>62</u> ) pending against certain Defendants. Letter request granted in part, and denied in part. The request for an extension to file a motion to recuse is granted. Plaintiff may file that motion at any time during the pendency of this action. That part of the motion seeking to stay the proceedings against certain defendants is denied. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 11/17/2016. (A copy of this Text Order has been served on pro se party(ies) via regular mail.) (sg) (Entered: 11/21/2016) |
| 11/21/2016 | <u>99</u> | PROCESS RECEIPT AND RETURN of USM Returned Unexecuted. Type of service Summons & Complaint as to George Tremiti, Mitchell Feldman and Lisa O'Connor, filed by USMS on behalf of Umesh Heendeniya (khr) Modified on 11/22/2016 to add applicable defts. (jmb) (Entered: 11/22/2016) |
| 11/21/2016 | <u>100</u> | BILL OF COSTS submitted by US Marshal re: Service Fees ($184.00) (khr) (Entered: 11/22/2016) |
| 11/28/2016 | <u>101</u> | Emergency Letter Motion from Umesh Heendeniya. Requesting Reasonable Disability Accommodations and/or Modifications in order to prepare a Motion for Recusal of the Magistrate Judge. (khr) (Entered: 11/28/2016) |
| 11/28/2016 | <u>102</u> | Letter Request/Motion from Umesh Heendeniya. Requesting the Court to allow pro se full access to the Cm/ECF system also to issue summons to defendant Lisa Mare O'Connor. (khr) (Entered: 11/28/2016) |

| | | |
|---|---|---|
| 11/30/2016 | 103 | TEXT ORDER : Court has reviewed Plaintiff's letter motion (Dkt. No. 101 ) requesting a stay of the pending motions to dismiss (Dkt. Nos. 46 , 59 , and 62 ) until a motion to recuse the Magistrate Judge can be filed by Plaintiff. Letter motion DENIED. The motions to dismiss are pending before District Judge Suddaby who will issue a decision(s) in due course on said motions, not the Magistrate Judge, therefore no stay is necessary. As previously noted by the Court (see Dkt. No. 98 ), a motion to recuse may be filed at any time during the pendency of this action. (copy of this Text Order and Dkt. 98 served on pro se party via regular mail.) SO ORDERED by Magistrate Judge Therese Wiley Dancks on 11/29/2016. (sg) (Entered: 11/30/2016) |
| 12/01/2016 | 104 | Letter Motion from Umesh Heendeniya requesting reasonable disability accommodations and/or modifications, pursuant to Title II of the ADA Section 504 of the Rehabilitation Act of 1973 submitted to Chief Judge Glenn T. Suddaby and Magistrate Judge Therese Wiley Dancks. (hmr) (Entered: 12/02/2016) |
| 12/01/2016 | 105 | RESPONSE– Affirmation in Opposition re 87 MOTION to Dismiss filed by Umesh Heendeniya. (Attachments: # 1 Memorandum of Law with Exhibits, # 2 Certificate of Service, # 3 Envelope)(hmr) (Entered: 12/02/2016) |
| 12/02/2016 | 106 | TEXT ORDER granting # 104 Plaintiff's Letter Request for a three (3) day extension to file his response to # 87 Defendant Spinella's motion to dismiss, and accepting for filing # 105 Plaintiff's response to said motion. Defendant's reply to his motion due by 12/8/16. SO ORDERED by Chief Judge Glenn T. Suddaby on 12/2/16. (Copy mailed to Pro Se plaintiff and therefore, pursuant to Fed.R.Civ.P. 6(d), an additional 3 (three) days for service may be allowed) (lmw) (Entered: 12/02/2016) |
| 12/06/2016 | 107 | AFFIDAVIT in Support re 87 MOTION to Dismiss filed by Rosaline Spunelka. (Smith, Robert) (Entered: 12/06/2016) |
| 12/06/2016 | 108 | TEXT ORDER granting 95 Pro Se Motion to Obtain ECF Login and Password. It is further ORDERED, that the 102 Letter Request for issuance of a summons to defendant Dr. Lisa Marie O'Connor is granted. Clerk is directed to issue summons addressed to defendant Dr. Lisa Marie O'Connor, and return the same to pro se plaintiff so that plaintiff may effectuate service on this defendant. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 12/6/2016. (A copy of this Text Order has been served on pro se party via regular mail.) (sg) (Entered: 12/06/2016) |
| 12/06/2016 | 109 | Summons Issued as to Lisa Marie O'Connor on 12/6/2016. Summons forwarded to plaintiff Umesh Heendeniya so that Plaintiff may effectuate service on this defendant, pursuant to 108 Text Order. (summons sent to plaintiff via regular mail) (sg) (Entered: 12/06/2016) |
| 12/06/2016 | 110 | CERTIFICATE OF SERVICE by Rosaline Spunelka (Smith, Robert) (Entered: 12/06/2016) |
| 12/22/2016 | 111 | Emergency MOTION for Recusal *of the Magistrate Judge Pursuant to 28 USC § 455(a)*. Motion Hearing set for 2/2/2017 10:00 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 1/17/2017 filed by Umesh Heendeniya. (Attachments: # 1 Affirmation Affirmation Requesting The Recusal of The Magistrate Judge Pursuant to 28 USC § 455(a), # 2 Certificate of Service) Motions referred to Therese Wiley Dancks. (Heendeniya, Umesh) (Entered: 12/22/2016) |
| 12/23/2016 | | TEXT NOTICE as to 111 Emergency Motion for Recusal of the Magistrate Judge: Motion returnable 2/2/2017 before Magistrate Judge Therese Wiley Dancks. Motion is ON SUBMIT, no personal appearances required. Response to Motion due by 1/17/2017. No Reply permitted. (sg) (Entered: 12/23/2016) |
| 01/13/2017 | 112 | ANSWER to 55 Amended Complaint by Lisa Marie O'Connor.(Gargano, Brian) (Entered: 01/13/2017) |
| 01/13/2017 | 113 | CERTIFICATE OF SERVICE by Lisa Marie O'Connor re 112 Answer to Amended Complaint (Gargano, Brian) (Entered: 01/13/2017) |
| 01/17/2017 | 114 | RESPONSE in Opposition re 111 Emergency MOTION for Recusal *of the Magistrate Judge Pursuant to 28 USC § 455(a)*. filed by Roger Gary Levine. (Coghlan, John) (Entered: 01/17/2017) |

| 01/19/2017 | 115 | DECISION AND ORDER denying 111 Motion for Recusal. It is hereby ORDERED that Plaintiff's motion for recusal pursuant to 28 U.S.C. 455(a) is DENIED. It is further ORDERED that the Clerk provide Plaintiff with a copy of this Decision and Order, along with copies of the unpublished decisions cited herein in accordance with the Second Circuit decision in Lebron v. Sanders, 557 F.3d 76 (2d Cir. 2009)(per curiam). Signed by Magistrate Judge Therese Wiley Dancks on 01/19/2017. (Copy served via regular mail) (dpk) (Entered: 01/23/2017) |
|---|---|---|
| 01/23/2017 | 116 | *Pro se* Letter Motion for Umesh Heendeniya requesting a 3–Week Time Enlargement to File Objections, per FRCP 72(a), to the Magistrate Court's Order Regarding Hon. Therese Wiley Dancks' Recusal, submitted to Judge Honorable Glenn T. Suddaby . (Heendeniya, Umesh) (Entered: 01/23/2017) |
| 01/24/2017 | 117 | TEXT ORDER granting in part and denying in part # 116 Plaintiff's Letter Request for an extension to file objections to Magistrate Judge Dancks' # 115 Decision and Order denying Plaintiff's Motion for Recusal pursuant, pursuant to Local Rule 72.1(b), until **February 16, 2017**. Plaintiff is advised that this extension, as with all prior extensions granted to both plaintiff and defendants in this case, have been granted as a courtesy of the Court which is afforded to all parties. Plaintiff's alleged disability has no bearing on the granting or denial of these extension requests, and it is unnecessary for Plaintiff to include such an argument in every request. The Court finds that a two week extension of the deadline to file objections is sufficient, and no further extensions will be granted without good cause shown. SO ORDERED by Chief Judge Glenn T. Suddaby on 1/24/17. (lmw) (Entered: 01/24/2017) |
| 03/14/2017 | 118 | DECISION AND ORDER granting in part and denying in part # 46 and # 62 St. Joseph's Defendants motion to dismiss Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted; granting in part and denying in part # 59 Defendant Levine's motion for judgment on the pleadings with respect to Plaintiff's Second Amend Complaint. The Clerk of the Court is directed to amend the docket to reflect the correct spelling of Defendant Spinella's name (rather than "Spunelka"); and granting in part and denying in part # 87 Defendant Spinella's motion to dismiss Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted. SURVIVING moving Defendants' respective motions is Plaintiff's medical malpractice claim (Count I), asserted against the St. Joseph's Defendants and the Physician Defendants (i.e., Defendants French, Briscoe, Cate, Spinella, Rybak, Ruscitto, Seifter, Price, Welch, Gilbert, Levine, O'Connor, Tremiti, Roman, Constantine, Feldman, and John Does 1–5). All other claims asserted in Plaintiff's Second Amended Complaint (i.e., Counts II–XII) are DISMISSED with prejudice; and Defendants OMH, Sullivan, Pepper, NICS Appeals Office – OMH Central Files, DCJS, Green, Schneiderman, and Corporations A–F are terminated from this action. It is further ordered that the St. Joseph's Defendants file an answer to Plaintiff's Second Amended Complaint within FOURTEEN (14) DAYS of the date of this Decision and Order pursuant to Fed. R. Civ. P. 12(a)(4)(A). This case is referred back to Magistrate Judge Dancks for a Rule 16 conference and the scheduling of pretrial deadlines. Signed by Chief Judge Glenn T. Suddaby on 3/14/17. (lmw) (Entered: 03/14/2017) |
| 03/20/2017 | | TEXT NOTICE OF TELEPHONE R. 16 CONFERENCE: Telephone Initial Conference set for 5/16/2017 at 10:00 AM before Magistrate Judge Therese Wiley Dancks. Court will initiate the call. Plaintiff should ensure that the Court has the correct telephone number to reach him at the time of the call. Civil Case Management Plan must be filed by 5/9/2017 and Mandatory Disclosures are to be exchanged by the parties on or before 5/9/2017. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (sg) (Entered: 03/20/2017) |
| 03/27/2017 | 119 | ANSWER to 55 Amended Complaint by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch.(Smith, Robert) (Entered: 03/27/2017) |
| 03/27/2017 | 120 | CERTIFICATE OF SERVICE by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch re 119 Answer to Amended Complaint, (Smith, Robert) (Entered: 03/27/2017) |

| Date | No. | Description |
|---|---|---|
| 04/18/2017 | 121 | Letter Motion for Umesh Heendeniya requesting (i) that The Rule 16 Conference be Rescheduled to a Date in Mid–to–Late July, 2017; (ii) that the Time for Heendeniya to File a Motion for a More Definite Statement and a Motion to Strike is Extended by 3 (three) Weeks So That the New Due Date is Monday, May 08, 2017, submitted to Judge Therese Wiley Dancks . (Heendeniya, Umesh) (Entered: 04/18/2017) |
| 04/19/2017 | 122 | RESPONSE in Opposition re 121 Letter Motion for Umesh Heendeniya requesting (i) that The Rule 16 Conference be Rescheduled to a Date in Mid–to–Late July, 2017; (ii) that the Time for Heendeniya to File a Motion for a More Definite Statement and a Motion to Strike is Exte filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch. (Smith, Robert) (Entered: 04/19/2017) |
| 04/21/2017 | 123 | TEXT ORDER : The court has reviewed Plaintiff's request for an extension (Dkt. No. 121 ) and certain Defendants' opposition (Dkt. No. 122 ) to the request. Plaintiff's 121 letter motion is granted. Plaintiff's time to file any motions pursuant to FRCP 12(e) and (f) is extended to 5/8/2017. The Rule 16 conference currently scheduled by telephone for May 16, 2017 is rescheduled to 7/11/2017 at 10:00 AM. The court will initiate the call. Plaintiff should ensure that the Court has the correct telephone number to reach him at the time of the call. No further extensions will be granted for any reason. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 7/5/2017. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.). Authorized by Magistrate Judge Therese Wiley Dancks on 4/21/2017. (sal) (Entered: 04/21/2017) |
| 06/05/2017 | 124 | NOTICE of Appearance by John C. Jensen on behalf of Robert Michael Constantine, Mitchell Bruce Feldman, Horatius Roman, George O. Tremiti (Attachments: # 1 Exhibit(s) Certificate of Service)(Jensen, John) (Entered: 06/05/2017) |
| 06/09/2017 | 125 | NOTICE of Appearance by John C. Jensen on behalf of Lisa Marie O'Connor (Attachments: # 1 Exhibit(s) Certificate of Service)(Jensen, John) (Entered: 06/09/2017) |
| 07/05/2017 | 126 | CIVIL CASE MANAGEMENT PLAN by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch. (Attachments: # 1 Cover Letter)(Smith, Robert) (Entered: 07/05/2017) |
| 07/07/2017 | 127 | CIVIL CASE MANAGEMENT PLAN , *submitted per Fed. R. Civ. P. 26(f), 16(b), and 16(c)*, by Umesh Heendeniya. (Heendeniya, Umesh) (Entered: 07/07/2017) |
| 07/11/2017 | | TEXT Minute Entry for proceedings held before Magistrate Judge Therese Wiley Dancks: Telephone Initial Pretrial Conference held on 7/11/2017. Appearances: Umesh Heendeniya, Plaintiff Pro Se; Jennifer Wang, Esq., Mike Root, Esq., John Jensen, Esq. for Defendants. Court discusses Civil Case Management Plans filed at Dkts. 126 and 127 . After discussion with counsel and Plaintiff, Court denies without prejudice Plaintiff's request to serve more than 25 interrogatories on each defendant. Plaintiff is directed to return medical authorizations to defendants, signed as instructed, by 7/17/2017. Court will permit Plaintiff to depose all defendants and 30(b)(6) deposition of corporate defendant; Court denies without prejudice Plaintiff's request for any other depositions at this time. Court reserves decision on the manner by which depositions shall be conducted, and will address this issue at a future telephone conference when the parties are ready to schedule depositions. Parties are to submit a stipulated protective order to the Court for approval by 9/15/2017 so that discovery is not held up. If the parties are unable to stipulate to the contents of the protective order, then each party is to submit their own proposed protective order for Court approval, with a letter of explanation to the Court as Judge Dancks explained during this telephone conference. Court defers case from Mandatory Mediation at this time (not opted out). and will revisit the issue of mediation after some discovery has occurred. Pretrial deadlines are established, a written scheduling order will be issued. (Digitally Recorded)) (sg) Modified on 7/11/2017 (sg).(Pro se Plaintiff is electronic filer) (Entered: 07/11/2017) |

| 07/11/2017 | 128 | TEXT ORDER: Court notes that attorneys Jennifer Wang, Esq. and Mike Root, Esq. appeared on behalf of their respective clients at the 7/11/2017 telephone Initial Conference in this case. If Attorneys Wang and Root intend to appear on the case in the future, they are directed to file a notice of appearance on behalf of their respective clients. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 7/11/2017. ( Pro Se Plaintiff is electronic filer)(sg) (Entered: 07/11/2017) |
|---|---|---|
| 07/12/2017 | 129 | UNIFORM PRETRIAL SCHEDULING ORDER: Rule 33 and 34 Requests to be served by 9/1/2017. Joinder of Parties due by 4/30/2018. Amended Pleadings due by 4/30/2018. Plaintiff expert disclosure due 5/31/2018. Defendant expert disclosure due 7/16/2018. Rebuttal due 8/1/2018. Discovery due by 8/31/2018. Discovery Motions due 9/7/2018. Dispositive Motions to be filed by 10/31/2018. Anticipated length of trial: 10 days. Trial Location: Syracuse, NY. Signed by Magistrate Judge Therese Wiley Dancks on 7/12/2017. (pro se party is electronic filer)(sg) (Entered: 07/12/2017) |
| 07/12/2017 | 130 | NOTICE of Appearance by Jennifer L. Wang on behalf of Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch (Wang, Jennifer) (Entered: 07/12/2017) |
| 07/12/2017 | 131 | CERTIFICATE OF SERVICE by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch re 130 Notice of Appearance, (Wang, Jennifer) (Entered: 07/12/2017) |
| 07/17/2017 | 132 | ***STRICKEN pursuant to the 7/18/2017 Text Order ***SUPPLEMENTAL INITIAL DISCLOSURES: filed by Umesh Heendeniya. (Attachments: # 1 Mailing Envelope)(mc) Modified on 7/18/2017 (sg, ). (Entered: 07/18/2017) |
| 07/17/2017 | 133 | ***STRICKEN pursuant to the 7/18/2017 Text Order***CD–EXHIBIT: to the # 132 Supplemental Initial Disclosures. CD maintained in the Clerk's Office and not available for electronic view. (mc) Modified on 7/18/2017 (sg, ). (Entered: 07/18/2017) |
| 07/18/2017 | 134 | TEXT ORDER TO STRIKE re: 132 Supplemental Initial Disclosures and 133 CD–Exhibit to the 132 Supplemental Initial Disclosures, filed by Umesh Heendeniya. It is hereby ORDERED, that Dkt. Nos. 132 and 133 shall be stricken from the docket for the reasons stated herein. Pursuant to Local Rule 26.2, the Court does not accept the filing of discovery materials, such as supplemental initial disclosures and CD Exhibits, unless the Court specifically directs such documents be filed or when submitted in support of a motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. Since the Court has not directed the filing of these discovery materials (Dkt. Nos. 132 and 133 ) nor is Plaintiff's submission in support of a motion filed pursuant to Rule 37, neither the discovery materials (Dkt. Nos. 132 and 133 ) nor certificates of service regarding the same are to be filed with the Court. Because Plaintiff's submissions are being stricken from the docket they will not be considered by the Court. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 7/18/2017. (Pro Se Party is electronic filer/receiver of notices of electronic filings)(sg) (Entered: 07/18/2017) |
| 07/18/2017 | 135 | AFFIDAVIT *Regarding Plaintiff's Motion for Enlargement of Time by 3 weeks in Order for Him to Prepare and file a Motion for Protective Order,* by Umesh Heendeniya. (Heendeniya, Umesh) (Entered: 07/18/2017) |
| 07/18/2017 | 136 | CERTIFICATE OF SERVICE by Umesh Heendeniya *In Reference to the Affidavit Regarding Plaintiff's Motion for Enlargement of Time by 3 weeks in Order for Him to Prepare and file a Motion for Protective Order* (Heendeniya, Umesh) (Entered: 07/18/2017) |
| 07/18/2017 | 137 | AFFIDAVIT *Regarding the Court Filing Dkt. No. 135 That Was Filed on Tuesday, July 18, 2017,* by Umesh Heendeniya. (Heendeniya, Umesh) (Entered: 07/18/2017) |
| 07/18/2017 | 138 | CERTIFICATE OF SERVICE by Umesh Heendeniya *In Reference to the Declaration Regarding the Court Filing (Dkt. No. 135) That Was Filed on Tuesday, July 18, 2017* (Heendeniya, Umesh) (Entered: 07/18/2017) |
| 07/19/2017 | 139 | Letter Motion from Plaintiff Heendeniya, Requesting The Court to Grant Him a 4–Week Time Enlargement, Such That His Motion for a Protective Order is Due 4 |

| | | |
|---|---|---|
| | | Weeks From the Date of The Court's Ruling On This Letter Motion, for Umesh Heendeniya submitted to Judge Therese Wiley Dancks. . (Heendeniya, Umesh) (Entered: 07/19/2017) |
| 07/19/2017 | 140 | CERTIFICATE OF SERVICE by Umesh Heendeniya *In Reference to the Letter Motion Which Requested The Court to Grant Him a 4−Week Time Enlargement, Such That His Motion for a Protective Order Would be Due 4 Weeks From the Date of The Court's Ruling On the Letter Motion* (Heendeniya, Umesh) (Entered: 07/19/2017) |
| 07/19/2017 | 141 | Letter Motion from John C. Jensen, Esq. for Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, George O. Tremiti requesting a written order directing plaintiff to provide authorizations. submitted to Judge Hon. Therese Wiley Dancks . (Jensen, John) (Entered: 07/19/2017) |
| 07/20/2017 | 142 | TEXT ORDER re: Dkt. No. 139 and Dkt. No. 141 : Court has reviewed Plaintiff's letter motion (Dkt. No. 139 ) for a four−week extension of time to file a motion for protective order regarding providing all Defendants with an authorization for medical records of Defendant St. Joseph's Hospital Health Center ("SJHHC"). Letter motion denied. The only claim remaining in this case is for medical malpractice against the remaining Defendants (Dkt. No. 118 ) such that Plaintiff has placed his medical condition, and the treatment he received at SJHHC, squarely in controversy. Therefore, Defendants are entitled to obtain copies of the medical records from SJHHC regarding Plaintiff's treatment there. Further, any proposed protective order (stipulated or otherwise) is due 9/15/2017 as discussed at the Rule 16 conference such that a four−week extension from the time of this ruling is unnecessary. (Text Minute Entry 7/11/2017.) Court has also reviewed letter motion (Dkt. No. 141 ) from counsel for Defendants O'Connor, Tremiti, Roman. Constantine, and Feldman, seeking an order directing Plaintiff to provide a HIPAA compliant authorization to obtain the records from SJHHC. Letter motion granted as follows: Plaintiff is directed to provide counsel for all Defendants a completed and signed HIPAA compliant authorization for the records from SJHHC by 8/3/2017. Any records obtained by Defendants pursuant to said authorizations shall be "FOR ATTORNEYS' EYES ONLY" until further order of this Court. Plaintiff's failure to provide a HIPAA compliant authorization in accordance herewith may result in sanctions including, but not limited to, dismissal of this action for failure to prosecute and failure to follow Court orders and directives. The parties are to confer in good faith regarding the contents of a protective order which may address, among other things, how medical records are utilized in this action. If parties are able to stipulate, the proposed protective order is to be submitted by 9/15/2017 as previously directed at the Rule 16 conference. (Text Minute Entry 7/11/2017.) If the parties are unable to stipulate to the contents of a protective order, each party is to submit their proposed protective order by 9/15/2017, along with a letter brief, no longer than 5 pages, single spaced, 12 pt font, setting forth the reasons for the contents of their respective proposed protective order. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 7/19/2017. (Pro Se Party is electronic filer and receives notices of electronic filings) (sg) (Entered: 07/20/2017) |
| 08/01/2017 | 143 | AUDIO RECORDING ORDER by Umesh Heendeniya re Initial Pretrial Conference. (Receipt No. SYR049922) (Attachments: # 1 Envelope) (dpk) (Entered: 08/03/2017) |
| 08/29/2017 | 144 | Letter Motion from John C. Jensen, Esq. for Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, George O. Tremiti requesting a 30 day extension of all deadlines submitted to Judge Dankcs . (Jensen, John) (Entered: 08/29/2017) |
| 08/29/2017 | 145 | Letter Motion from Plaintiff for Umesh Heendeniya requesting and Alerting The Court That He Will be Filing an Opposition to the Letter Motion Referenced by Dkt. No. 144, Before Midnight, Sep. 01, 2017, submitted to Judge Therese Wiley Dancks . (Heendeniya, Umesh) (Entered: 08/29/2017) |
| 08/30/2017 | 146 | TEXT ORDER: Court has reviewed letter motions (Dkt. Nos. 144 and 145 ) regarding requests for extensions of time of discovery deadlines. Letter motions determined as follows: all deadlines are extended 60 days. Plaintiff need not submit further papers in opposition to Dkt. No. 144 and should spend the time researching discovery issues and drafting discovery demands as he indicates is necessary in Dkt. No. 145 at 2. Deadlines are reset as follows: Rule 33 and 34 requests to be served by 11/1/2017; joinder of parties and amendment of pleadings due 6/29/2018; Plaintiff expert |

| | | |
|---|---|---|
| | | disclosure due 7/31/2018; Defendant expert disclosure due 9/14/2018; rebuttal expert disclosure due 10/1/2018; discovery due 10/31/2018; discovery motions due 11/7/2018; dispositive motions to be filed by 12/31/2018. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 8/30/2017. (Pro se party is electronic filer) (sg) (Entered: 08/30/2017) |
| 09/15/2017 | 147 | Letter Motion from Jennifer L. Wang for Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch requesting execution of proposed Confidentiality Agreement submitted to Judge Dancks . (Attachments: # 1 Proposed Confidentiality Agreement)(Wang, Jennifer) (Entered: 09/15/2017) |
| 09/25/2017 | 148 | TEXT ORDER: Court has reviewed Dkt. No. 147 and has reviewed and approved proposed Confidentiality Order (Dkt. No. [147–1]). Confidentiality Order will be issued by the Court. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 9/25/2017. (Pro se party is electronic filer) (sg) (Entered: 09/25/2017) |
| 09/25/2017 | 149 | CONFIDENTIALITY ORDER. Signed by Magistrate Judge Therese Wiley Dancks on 9/25/2017. (Pro se party is electronic filer)(sg) (Entered: 09/25/2017) |
| 01/10/2018 | 150 | Letter Motion from John C. Jensen, Esq. for Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, George O. Tremiti requesting a LR 7.1 conference and leave to bring a FRCP Rule 37 motion submitted to Judge Hon. Therese Wiley Dancks . (Jensen, John) (Entered: 01/10/2018) |
| 01/12/2018 | 151 | TEXT ORDER: A Telephone Conference has been set for 1/30/2018 at 10:00 AM before Magistrate Judge Therese Wiley Dancks. Parties are directed to call in to the following number at the time of the call: 888–684–8852, Access Code 7855922. IT IS FURTHER ORDERED, that any responses to Dkt. 150 shall be filed no later than 1/23/2018. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 1/12/2018. (Pro se plaintiff is electronic filer.)(sg) (Entered: 01/12/2018) |
| 01/24/2018 | 152 | *Plaintiff's* Letter Motion for Umesh Heendeniya requesting a 3–Day Time Extension to File a Response in Opposition to Dkt. No. 150, submitted to Judge Dancks . (Heendeniya, Umesh) (Entered: 01/24/2018) |
| 01/24/2018 | 153 | TEXT ORDER granting Plaintiff's 152 Letter Request to file response to Dkt. No. 150 . Plaintiff's response to Dkt. 150 due 1/26/2018. No further extensions will be granted. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 1/24/2018. (Pro se Plaintiff is electronic filer.) (sg) (Entered: 01/24/2018) |
| 01/30/2018 | | TEXT Minute Entry for proceedings held before Magistrate Judge Therese Wiley Dancks: Telephone Conference held on 1/30/2018 in response to request for pre–motion conference filed at Dkt. 150. After discussion with the parties, Court directs Plaintiff to serve responses to all defendants' demands no later than 4/13/2018. Court advises Plaintiff that if responses are not served as directed that will be grounds for dismissal for failure to prosecute and follow court directives. Court directs Plaintiff to serve Rule 33 and 34 Requests on all defendants no later than 2/28/2018. Court advises Plaintiff that if Rule 33 and 34 Requests are not served by that date then Plaintiff will be precluded from serving any Rule 33 and 34 Demands on defendants. Plaintiff acknowledges his understanding of the Court's directives. Court denies request at Dkt. 150 filed by defendants O'Connor, Tremiti, Roman, Constantine, and Feldman to move to compel Plaintiff's discovery responses, without prejudice to renew. All other deadlines remain as set. A written order will follow containing the directives issued by the Court during this conference. APPEARANCES: Umesh Heendeniya, Plaintiff Pro se; Jennifer Wang, Esq., John Coghlan, Esq., John Jensen, Esq. for Defendants. (Digitally Recorded)(Plaintiff is pro se filer) (sg) (Entered: 01/31/2018) |
| 01/31/2018 | 154 | TEXT ORDER : The Court made the following rulings at the 1/30/2018 Telephone Conference: Court directs Plaintiff to serve responses to all defendants' discovery demands no later than 4/13/2018. If Plaintiff does not serve responses by that date as directed it will be grounds for dismissal for failure to prosecute and follow court directives. IT IS FURTHER ORDERED, that Plaintiff shall serve Rule 33 and 34 Requests on all defendants no later than 2/28/2018. If Plaintiff does not serve Rule 33 and 34 Requests by that date as directed then Plaintiff will be precluded from serving |

| | | |
|---|---|---|
| | | any Rule 33 and 34 Demands on defendants. Court denies Letter Motion at Dkt. 150 filed by defendants O'Connor, Tremiti, Roman, Constantine, and Feldman to move to compel Plaintiff's discovery responses, without prejudice to renew. All other deadlines remain as set. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 1/30/2018. (Plaintiff is pro se filer)(sg) (Entered: 01/31/2018) |
| 04/02/2018 | 155 | NOTICE of Appearance by Joseph M Betar, III on behalf of Roger Gary Levine (Betar, Joseph) (Entered: 04/02/2018) |
| 04/17/2018 | 156 | Letter Motion from John C. Jensen, Esq. for Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, George O. Tremiti requesting leave to file a motion to dismiss under Fed. R. Civ. P. 37(b)(2) submitted to Judge Dancks . (Jensen, John) (Entered: 04/17/2018) |
| 04/18/2018 | 157 | TEXT ORDER: Court reviewed letter motion (Dkt. No. 156 ) seeking permission to file a motion to dismiss for failure to prosecute and follow discovery orders under Rule 37(b)(2), which is granted. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 4/18/2018. (Pro se party is Electronic Filer.) (sg) (Entered: 04/18/2018) |
| 04/20/2018 | 158 | Letter Motion from Jennifer L. Wang for Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch requesting permission to file a motion to dismiss submitted to Judge Dancks . (Wang, Jennifer) (Entered: 04/20/2018) |
| 04/23/2018 | 159 | TEXT ORDER: Court reviewed Dkt. No. 158 seeking permission to file motion to dismiss, which is granted. Parties to note that Local Rule 7.1 does not require parties to obtain prior permission before filing dispositive motions. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 4/23/2018. (Plaintiff is pro se filer) (sg) (Entered: 04/23/2018) |
| 04/24/2018 | 160 | NOTICE of Appearance by Matthew P. Germain on behalf of Roger Gary Levine (Germain, Matthew) (Entered: 04/24/2018) |
| 04/27/2018 | 161 | First MOTION for Sanctions *under Fed. R. Civ. P. 37*, First MOTION to Dismiss for Lack of Prosecution *under Fed. R. Civ. P. 37* Motion Hearing set for 6/7/2018 10:00 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 5/21/2018 Reply to Response to Motion due by 5/29/2018. filed by Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, George O. Tremiti. (Attachments: # 1 Affirmation Attorney Affirmation of John C. Jensen, Esq. in Support of Motion, # 2 Memorandum of Law Memorandum of Law of John C. Jensen, Esq. in Support of Motion, # 3 Exhibit(s) Exhibit A, # 4 Exhibit(s) Exhibit B, # 5 Certificate of Service) (Jensen, John) (Entered: 04/27/2018) |
| 04/30/2018 | 162 | TEXT NOTICE of Hearing on # 161 Defendants' First MOTION for Sanctions *under Fed. R. Civ. P. 37* and First MOTION to Dismiss for Lack of Prosecution *under Fed. R. Civ. P. 37* : Motion Hearing set for 6/7/2018 on submission of motion papers before Chief Judge Glenn T. Suddaby. No personal appearance. Plaintiff's Response to Motion due by 5/21/2018. Defendants' Reply to Response to Motion due by 5/29/2018. (lmw) (Entered: 04/30/2018) |
| 05/02/2018 | 163 | MOTION to Dismiss for Lack of Prosecution Motion Hearing set for 6/7/2018 10:00 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 5/21/2018 Reply to Response to Motion due by 5/29/2018. filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch. (Attachments: # 1 Affidavit of Jennifer L. Wang, # 2 Exhibit(s) A – Rule 33 and 34 Demands, # 3 Exhibit(s) B – December 14, 2017 Good Faith Letter to Plaintiff, # 4 Memorandum of Law) (Wang, Jennifer) (Entered: 05/02/2018) |
| 05/02/2018 | 164 | CERTIFICATE OF SERVICE by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch re 163 MOTION to Dismiss for Lack of Prosecution (Wang, Jennifer) (Entered: 05/02/2018) |

| 05/03/2018 | | TEXT NOTICE of Hearing on # 161 First MOTION for Sanctions *under Fed. R. Civ. P. 37* and First MOTION to Dismiss for Lack of Prosecution *under Fed. R. Civ. P. 37* filed by Defendants Constantine, Feldman, O'Connor, Roman and Tremiti and # 163 MOTION to Dismiss for Lack of Prosecution filed by Defendants Briscoe, Cate, French, Gilbert, Price, Ruscitto, Rybak, Seifter, Spinella, Welch & St. Joseph's Hospital: Both motions set for 6/7/2018 on submission of motion papers before Chief Judge Glenn T. Suddaby. No personal appearance. Plaintiff's response to both motions due by 5/21/2018. Defendants' Replies to Plaintiff's Response to Motion due by 5/29/2018. (lmw) (Entered: 05/03/2018) |
| 05/03/2018 | 165 | MOTION to Dismiss *pursuant to Rule 41(b)*. Motion Hearing set for 6/7/2018 10:00 AM in Syracuse before Chief Judge Glenn T. Suddaby Response to Motion due by 5/21/2018 Reply to Response to Motion due by 5/29/2018. filed by Roger Gary Levine. (Attachments: # 1 Declaration, # 2 Exhibit(s) A – Complaint, # 3 Exhibit(s) B– Report and Recommendation, # 4 Exhibit(s) C – Amended Complaint, # 5 Exhibit(s) D – Answer to Amended Complaint, # 6 Exhibit(s) E – Second Amended Complaint, # 7 Exhibit(s) F – Motion to Dismiss Plaintiff's Second Amended Complaint, # 8 Exhibit(s) G – Memorandum– Decision and Order, # 9 Exhibit(s) H – Uniform Pretrial Scheduling Order, # 10 Exhibit(s) I – Text Order dated August 30, 2017, # 11 Exhibit(s) J – First Set of Interrogatories, # 12 Exhibit(s) K – Notice to Produce, # 13 Exhibit(s) L – Email dated December 4, 2017, # 14 Exhibit(s) M – good faith attempt dated January 9, 2018, # 15 Exhibit(s) N – Text Order dated January 31, 2018, # 16 Exhibit(s) O – St. Joseph's Hospital Health Center medical records, # 17 Statement of Material Facts, # 18 Memorandum of Law, # 19 Affidavit Affidavit of Roger Gary Levine, M.D.) (Germain, Matthew) (Entered: 05/03/2018) |
| 05/04/2018 | | TEXT NOTICE of Hearing on # 161 First MOTION for Sanctions *under Fed. R. Civ. P. 37* and First MOTION to Dismiss for Lack of Prosecution *under Fed. R. Civ. P. 37* filed by Defendants Constantine, Feldman, O'Connor, Roman and Tremiti; # 163 MOTION to Dismiss for Lack of Prosecution by Defendants Briscoe, Cate, French, Gilbert, Price, Ruscitto, Rybak, Seifter, Spinella, Welch & St. Joseph's Hospital; and # 165 MOTION to Dismiss *pursuant to Rule 41(b).* filed by Defendant Levine: All 3 motions are RESCHEDULED for 7/5/2018 on submission of motion papers before Chief Judge Glenn T. Suddaby. No personal appearance. **Plaintiff's response to all 3 motions is now due by 6/18/2018. Defendants' Replies to Plaintiff's Response to all 3 Motions are now due by 6/25/2018.** (lmw) (Pro se plaintiff receives service via ECF) (Entered: 05/04/2018) |
| 05/04/2018 | 166 | TEXT ORDER sua sponte placing under seal Exhibit O at Dkt. No. 165 , Medical Records from St. Joseph's Hospital, pursuant to Fed.R.Civ.P. 5.2(d), Local rule 83.13(a) and 8.1, and HIPAA. Under the legal standard set forth in Lugosch v. Pyramid Co. of Onondaga Cty., 435 F.3d 110, 125–26 (2d Cir. 2006), the Court finds that such sealing is (1) essential to preserve values higher than a qualified First Amendment right of access to the material and (2) narrowly tailored to serve that interest. More specifically, the Court finds that Plaintiff possesses a strong privacy interest in the medical records contained in Exhibit O. Moreover, the Court finds that a word–by–word or even a page–by–page redaction is an unfeasible alternative given the fact that the material in need of redaction pervades Exhibit O. As a result, the Clerk of the Court is directed to place Exhibit O at Docket No. 165 under seal. SO ORDERED by Chief Judge Glenn T. Suddaby on 5/4/18. (lmw) (Entered: 05/04/2018) |
| 05/04/2018 | 167 | CERTIFICATE OF SERVICE by Roger Gary Levine (Germain, Matthew) (Entered: 05/04/2018) |
| 06/07/2018 | 168 | Letter Motion from John C. Jensen, Esq. for Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, George O. Tremiti requesting modification of scheduling order. submitted to Judge Dancks . (Jensen, John) (Entered: 06/07/2018) |
| 06/08/2018 | 169 | TEXT ORDER: Court has reviewed letter motion (Dkt. No. 168 ) for extension of pretrial deadlines which were previously extended. (Dkt. No. 146 .) However, because dispositive motions (Dkt. Nos. 161 , 163 , 165 ) are pending, and because little or no meaningful discovery has occurred to date due to plaintiff's failure to respond to discovery demands as ordered (Dkt. No. 154 ), the remaining pretrial deadlines are adjourned without new dates at this time and will be reset, as necessary, after a decision on the dispositive motions is issued. SO ORDERED by Magistrate Judge |

| | | |
|---|---|---|
| | | Therese Wiley Dancks on 6/8/2018. (Pro Se Plaintiff is electronic filer) (sg) (Entered: 06/08/2018) |
| 06/19/2018 | 170 | AFFIDAVIT , *in Support of Letter Motion Requesting a 3−Month Time Extension to File Reponses to 3 Dispositive Motions Filed by the 22 Defendants,* by Umesh Heendeniya. (Heendeniya, Umesh) (Entered: 06/19/2018) |
| 06/19/2018 | 171 | Letter Motion from Jennifer L. Wang for Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch requesting that the Court deny Plaintiff's Affidavit request for a 3−month extension to file opposition to the St. Joseph Defendants' Motion to Dismiss and grant the St. Joseph Defendants' Motion to Dismiss . (Wang, Jennifer) (Entered: 06/19/2018) |
| 06/19/2018 | 172 | TEXT ORDER granting in part and denying in part # 170 Plaintiff's request for a three month extension to file responses to the three dispositive motions; and denying # 171 Letter Request in opposition. With regard to # 161 First MOTION for Sanctions under Fed. R. Civ. P. 37 and First MOTION to Dismiss for Lack of Prosecution under Fed. R. Civ. P. 37 filed by Defendants Constantine, Feldman, O'Connor, Roman and Tremiti; # 163 MOTION to Dismiss for Lack of Prosecution by Defendants Briscoe, Cate, French, Gilbert, Price, Ruscitto, Rybak, Seifter, Spinella, Welch & St. Joseph's Hospital; and # 165 MOTION to Dismiss pursuant to Rule 41(b): All 3 motions are RESCHEDULED for 8/16/18 on submission of motion papers before Chief Judge Glenn T. Suddaby. No personal appearance. <u>Plaintiff's response to all 3 motions is now due by 7/30/18.</u> Defendants' Replies to Plaintiff's Response to all 3 Motions are now due by 8/6/18. **THIS IS A FINAL EXTENSION. NO FURTHER EXTENSIONS WILL BE GRANTED.** SO ORDERED by Chief Judge Glenn T. Suddaby on 6/19/18. (lmw) (Pro se plaintiff receives service via ECF) (Entered: 06/19/2018) |
| 10/25/2018 | 173 | DECISION AND ORDER granting # 161 Physician Defendants' Motion to Dismiss; granting # 163 St. Joseph's Defendants' Motion to Dismiss; and granting # 165 Defendant Levine's Motion to Dismiss. Plaintiff's Second Amended Complaint is DISMISED. Signed by Chief Judge Glenn T. Suddaby on 10/25/18. (lmw)(Copy served upon pro se plaintiff via email through ECF and certified mail) (Entered: 10/25/2018) |
| 10/25/2018 | 174 | JUDGMENT in favor of SJHHC Does 1−5, St. Joseph's Hospital Health Center, Cynthia A. Rybak, Deborah Welch, Gael Gilbert, George O. Tremiti, Horatius Roman, Joanne Mary French, Kathryn Howe Ruscitto, Lisa Marie O'Connor, Lowell A. Seifter, Meredith Price, Mitchell Bruce Feldman, Robert Michael Constantine, Roger Gary Levine, Rosaline Spinella, Susan Lynn Cate, Wendy Briscoe against Umesh Heendeniya. The Physician Defendants' motion to dismiss (Dkt. No. 161) is GRANTED; the St. Joseph's Defendants' motion to dismiss (Dkt. No. 163) is GRANTED; and Defendant Levine's motion (Dkt. No. 165) is GRANTED. Plaintiff's Second Amended Complaint (Dkt. No. 55) is DISMISSED. (lmw)(Copy served upon pro se plaintiff via email through ECF and certified mail) Modified on 10/30/2018 to remove Alcohol, Tobacco, Firearms & Explosives from the Text of this entry as this defendant was terminated on 2/25/16 (lmw). (Additional attachment(s) added on 1/16/2019: # 1 Envelope, # 2 USPS Tracking Info, # 3 USPS Receipt) (lmw, ). (Entered: 10/25/2018) |
| 11/23/2018 | 175 | \*\*Per Plaintiff, this document was filed in error and refiled at Docket # 176 \*\*\* AFFIDAVIT *Part−1 in Support of Plaintiff's Legal Memorandum Requesting Relief per Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b)(6),* by Umesh Heendeniya. (Attachments: # 1 Exhibit(s) Exhibit W)(Heendeniya, Umesh) Modified on 11/26/2018 (lmw). (Entered: 11/23/2018) |
| 11/23/2018 | 176 | AFFIDAVIT *Part−1 in Support of Plaintiff's Legal Memorandum Requesting Relief per Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b)(6),* by Umesh Heendeniya. (Attachments: # 1 Exhibit(s) Exhibit A)(Heendeniya, Umesh) (Entered: 11/23/2018) |
| 11/23/2018 | 177 | AFFIDAVIT *Part−2 in Support of Plaintiff's Legal Memorandum Requesting Relief per Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b)(6),* by Umesh Heendeniya. (Attachments: # 1 Exhibit(s) Exhibit B−1)(Heendeniya, Umesh) (Entered: 11/23/2018) |

| | | |
|---|---|---|
| 11/23/2018 | <u>178</u> | AFFIDAVIT *Part−3 in Support of Plaintiff's Legal Memorandum Requesting Relief per Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b)(6),* by Umesh Heendeniya. (Attachments: # <u>1</u> Exhibit(s) Exhibit B−2)(Heendeniya, Umesh) (Entered: 11/23/2018) |
| 11/23/2018 | <u>179</u> | AFFIDAVIT *Part−4 in Support of Plaintiff's Legal Memorandum Requesting Relief per Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b)(6),* by Umesh Heendeniya. (Attachments: # <u>1</u> Exhibit(s) Exhibits C to L)(Heendeniya, Umesh) (Entered: 11/23/2018) |
| 11/23/2018 | <u>180</u> | AFFIDAVIT *Part−5 in Support of Plaintiff's Legal Memorandum Requesting Relief per Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b)(6),* by Umesh Heendeniya. (Attachments: # <u>1</u> Exhibit(s) Exhibits M and N)(Heendeniya, Umesh) (Entered: 11/23/2018) |
| 11/23/2018 | <u>181</u> | AFFIDAVIT *Part−6 in Support of Plaintiff's Legal Memorandum Requesting Relief per Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b)(6),* by Umesh Heendeniya. (Attachments: # <u>1</u> Exhibit(s) Exhibits O to T)(Heendeniya, Umesh) (Entered: 11/23/2018) |
| 11/23/2018 | <u>182</u> | AFFIDAVIT *Part−7 in Support of Plaintiff's Legal Memorandum Requesting Relief per Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 60(b)(6),* by Umesh Heendeniya. (Attachments: # <u>1</u> Exhibit(s) Exhibits U to X)(Heendeniya, Umesh) (Entered: 11/23/2018) |
| 11/24/2018 | <u>183</u> | MOTION to Alter Judgment *Pursuant to Fed. R. Civ. P. 59 or Fed. R. Civ. P. 60(b)(6),* filed by Umesh Heendeniya. (Attachments: # <u>1</u> Certificate of Service) (Heendeniya, Umesh) (Entered: 11/24/2018) |
| 11/25/2018 | <u>184</u> | NOTICE OF APPEAL *of the District Court's 7 Orders and Judgment,* by Umesh Heendeniya. No fee paid. (Attachments: # <u>1</u> Certificate of Service)(Heendeniya, Umesh) (Entered: 11/25/2018) |
| 11/26/2018 | | CLERK'S CORRECTION OF DOCKET ENTRY: Pursuant to a phone call with the filer, the # 175 Affidavit was filed in error and was correctly re−filed at the # <u>176</u> Affidavit. (meb) (Entered: 11/26/2018) |
| 11/26/2018 | <u>185</u> | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals regarding the # <u>184</u> Notice of Appeal. (meb) (Entered: 11/26/2018) |
| 11/27/2018 | 186 | TEXT ORDER advising the parties that the Court retains jurisdiction over Plaintiff's motion to alter the judgment despite his filing of an appeal, because the motion was filed (in a timely manner) before the appeal, and thus tolled the time to appeal (and the effectiveness of the notice of appeal). Fed. R. App. P. 4(a)(4)(B)(i); *Wiggins v. Weicker,* 104 F.3d 351, *1 (2d Cir. 1996); *Maksymowicz v. Weisman & Calderon, LLP,* 14−CV−1125, 2014 WL 1760319, at *1 (S.D.N.Y. May 2, 2014). Motion set for 1/3/2019 before Chief Judge Glenn T. Suddaby on submission of motion papers. No personal appearance. Defendants' response to Plaintiff's motion is due 12/17/2018. Plaintiff's reply to Defendants' response is due by 12/26/19. SO ORDERED by Chief Judge Glenn T. Suddaby on 11/27/18. (lmw) (Copy served upon pro se plaintiff via ECF and regular mail) (Entered: 11/27/2018) |
| 11/29/2018 | | TEXT NOTICE on # <u>183</u> Plaintiff's MOTION to Alter Judgment *Pursuant to Fed. R. Civ. P. 59 or Fed. R. Civ. P. 60(b)(6),* : Motion set for 1/3/2019 on submission of motion papers before Chief Judge Glenn T. Suddaby. No personal appearance. Defendants' Response to Motion due by 12/17/2018. Plaintiff's Reply to Response to Motion due by 12/26/2018. (lmw) (Copy served upon pro se plaintiff via ECF and regular mail) (Entered: 11/29/2018) |
| 12/03/2018 | <u>187</u> | INITIAL NOTICE OF STAY OF APPEAL from the Second Circuit Court of Appeals regarding the # <u>184</u> Notice of Appeal. (meb) (Entered: 12/03/2018) |
| 12/17/2018 | <u>188</u> | AFFIDAVIT in Opposition re <u>176</u> MOTION to Alter Judgment, <u>183</u> MOTION to Alter Judgment *Pursuant to Fed. R. Civ. P. 59 or Fed. R. Civ. P. 60(b)(6),* filed by Robert Michael Constantine, Mitchell Bruce Feldman, Lisa Marie O'Connor, Horatius Roman, George O. Tremiti. (Attachments: # <u>1</u> Memorandum of Law in opposition to plaintiff's FRCP 59 and FRCP 60 motion.)(Jensen, John) (Entered: 12/17/2018) |

| | | |
|---|---|---|
| 12/17/2018 | 189 | AFFIDAVIT in Opposition re 176 MOTION to Alter Judgment, 183 MOTION to Alter Judgment *Pursuant to Fed. R. Civ. P. 59 or Fed. R. Civ. P. 60(b)(6),* filed by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch. (Attachments: # 1 Memorandum of Law in Opposition to Plaintiff's FRCP 59 and FRCP 60 Motion)(Wang, Jennifer) (Entered: 12/17/2018) |
| 12/17/2018 | 190 | AFFIDAVIT in Opposition re 176 MOTION to Alter Judgment filed by Roger Gary Levine. (Attachments: # 1 Memorandum of Law)(Germain, Matthew) (Entered: 12/17/2018) |
| 12/17/2018 | 191 | CERTIFICATE OF SERVICE by Wendy Briscoe, Susan Lynn Cate, Joanne Mary French, Gael Gilbert, Meredith Price, Kathryn Howe Ruscitto, Cynthia A. Rybak, Lowell A. Seifter, Rosaline Spinella, St. Joseph's Hospital Health Center, Deborah Welch re 189 Affidavit in Opposition to Motion,, (Wang, Jennifer) (Entered: 12/17/2018) |
| 12/27/2018 | 192 | *Plaintiff's* Letter Motion for Umesh Heendeniya requesting Enlargement of the Time Period by 1 Week for Him to File a Reply in Regards to His Prior Filed Fed. R. Civ. P. 59(e) and Fed. R. Civ. P. 60(b)(6) Motion submitted to Judge Glenn T. Suddaby . (Heendeniya, Umesh) (Entered: 12/27/2018) |
| 12/27/2018 | 193 | TEXT ORDER granting # 192 Plaintiff's Letter Request for an extension until 1/2/19 to file a reply to # 183 Motion to alter judgment. SO ORDERED by Chief Judge Glenn T. Suddaby on 12/27/18. (lmw) (Entered: 12/27/2018) |
| 02/28/2019 | 194 | DECISION AND ORDER denying # 183 Plaintiff's motion for relief from the Decision and Order of October 25, 2018. Signed by Chief Judge Glenn T. Suddaby on 2/28/19. (lmw) (Copy served upon plaintiff via ECF and regular mail) (Entered: 02/28/2019) |
| 02/28/2019 | 195 | Supplemental Electronic Certification transmitted to US Court of Appeals regarding the # 184 Notice of Appeal. (meb) (Entered: 02/28/2019) |
| 03/25/2019 | 196 | NOTICE OF APPEAL by Umesh Heendeniya. No fee paid. (Attachments: # 1 Certificate of Service)(Heendeniya, Umesh) (Entered: 03/25/2019) |
| 03/26/2019 | 197 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals regarding the # 196 Notice of Appeal. (meb) (Entered: 03/26/2019) |