# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand nineteen.

Before:      Ralph K. Winter,
                 *Circuit Judge.*

_____

| | |
|---|---|
| Umesh Heendeniya, | **ORDER** |
|       Plaintiff - Appellant, | Docket No. 18-3553(L), 19-748(CON) |
| v. | |
| St. Joseph's Hospital Health Center, Roger Gary Levine, MD, Lisa Marie O'Connor, MD, George O. Tremiti, MD, Horatius Roman, MD, Joanne Mary French, RN, Wendy Briscoe, RN, Susan Lynn Cate, LMFT, Rosaline Spinella, Robert Michael Constantine, MD, Mitchell Bruce Feldman, MD, Cynthia A. Rybak, NP, Kathryn Howe Ruscitto, President and CEO, Lowell A. Seifter, JD, Senior VP and General Counsel, Meredith Price, VP of Financial Services and CFO, Deborah Welch, VP, Gael Gilbert, RN, MBA, Director, John and Jane Does, St. Joseph's Hospital Health Center, Inclusive 1-5, | |
|       Defendants – Appellees. | |

_____

      Appellant, pro se, moves to reinstate his appeal following dismissal for failure to file the brief and appendix.

      IT IS HEREBY ORDERED that, as it appears Appellant has filed his brief and appendix, the motion to reinstate is GRANTED.

                                                  For the Court:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

